IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, | ) | NO. |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| Vs | ) | COMPLAINT FOR DAMAGES |
| | ) | [Federal Tort Claims |
| THE UNITED STATES OF AMERICA | ) | Act] |
| DEPARTMENT OF THE INTERIOR | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

COMPLAINT FOR DAMAGES

THE PARTIES

1.   Plaintiff is a citizen and resident of Naples,
     Florida.

2.   Defendant is a "Federal Agency" as defined under
     the Federal Tort Claims Act, 28 USC 2671.  The
     name of the individual government employee acting
     within the course and scope of his employment that
     caused the incidents and damages alleged herein is
     unknown to plaintiff at this time.

1

INTRODUCTORY FACTS

3.  This action arises from an automobile collision
    that occurred in the District of Columbia on June
    11, 2003, when a vehicle owned and operated by
    defendant Department of Interior struck a vehicle
    in which plaintiff was a passenger, causing injury
    as alleged below.

JURISDICTION AND VENUE

4.  This court has jurisdiction under 28 USC 2671 et
    seq. because the claim arises under the Tort
    Claims Act.

5.  This action is properly venued in this court
    because the acts underlying the action (and the
    accident referred to hereinabove) occurred in the
    District of Columbia.

ADMINISTRATIVE COMPLIANCE

6.  Plaintiff submitted a timely claim to the
    defendant Federal Agency, the Department of the

Interior, a fully and completely filled out claim
form 92 on August 30, 2004.

7.  On September 22, 2004 that claim was denied.

8.  On March 4, 2005 a Request for Reconsideration
based on New Evidence was submitted to the
Department of the Interior containing additional
information.

9.  On March 22, 2005, the Request for Reconsideration
resulted in the Department of Interior again
denying the claim.

10. Claimant has therefore completely and fully
pursued her administrative remedies under the
Federal Tort Claims Act.

CAUSE OF ACTION - TORT CLAIMS ACT

11. Plaintiff here repleads paragraphs 1 through ten
as if set forth in full.

12. At the time of the collision in which plaintiff
alleges injury, the operator of the vehicle
causing the collision with the limousine in which
plaintiff was a passenger was an employee of the
Department of the Interior acting within the
course and scope of his employment.

3

13. The collision was caused by the negligent operation of the vehicle, which was owned by the United States Department of the Interior. By reason of such negligent operation of the vehicle, plaintiff was directly and proximately caused to suffer physical injuries with the type of emotional and mental injury and distress typically associated with such physical injuries.

14. As a direct and proximate result thereof, plaintiff was injured in her health, strength and activity, sustained and continues to sustain medical and other expenses for treatment, lost earnings and earning capacity and continues to be inhibited in her daily activity, work activity, and other pursuits of life.

REQUESTED RELIEF

WHEREFORE, plaintiff prays relief as follows:

1.  For monetary compensation for special damages consisting of past and future medical bills, costs of alternative medical treatment past and future, loss of earnings and earning capacity, and any

4

other special damages that are shown according to proof;

2. For general damages in the amount of $500,000.00 or an amount shown according to proof. As a matter of good faith, claimant concedes that the amount of the claim stated in this paragraph is protective in amount, as it was in the tort claim preceding this complaint, and that the amount expected to be shown to proof is likely to be less than this amount, but cannot presently be calculated with precision.

3. For costs of suit herein incurred, and

4. For such other and further relief as the court deems just and meet in the premises.

Respectfully Submitted.

MICHAEL PADWAY

Dc Bar Number 479931
California Bar Number 59824
Michael Padway & Associates
595 Market St. Ste. 2520
San Francisco, CA 94105

Telephone: 415-777-1511
Attorneys for Plaintiff
Nancy Iannitelli

5