UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY IANNITELLI,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action |
| : | No. 005-975 (GK) |
| **UNITED STATES OF AMERICA,** : | |
| **DEPARTMENT OF THE INTERIOR,** : | |
| : | |
| **Defendant.** : | |

### ORDER TO SHOW CAUSE

On May 16, 2005, Plaintiff filed her Complaint against the United States Department of the Interior. Since that time, Plaintiff has failed to effect service on Defendant or take any other action to move her case forward. Fed. R. Civ. P. 4(m) stipulates that when

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice...or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Accordingly, it is hereby

**ORDERED** that Plaintiff show cause no later than **October 20, 2005,** why her Complaint should not be dismissed for failure to prosecute.

```
                              /s/
                         Gladys Kessler
                         U.S. District Judge
```

October 4, 2005

**Copies to:  attorneys of record via ECF**