IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, <br> 107 LELY COURT <br> NAPLES, FL 34113 <br><br> Plaintiff, <br><br> Vs <br><br> THE UNITED STATES OF AMERICA <br> DEPARTMENT OF THE INTERIOR <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO. 05-975 GK <br><br> ERRATA |

On May 16, 2005 we filed the complaint in this action and mistakenly omitted plaintiff's address from the caption. This filing corrects that omission.

Respectfully Submitted.

MICHAEL PADWAY

Dc Bar Number 479931
California Bar Number 59824
Michael Padway & Associates
595 Market St. Ste. 2520
San Francisco, CA 94105

1

Telephone:  415-777-1511
Attorneys for Plaintiff
Nancy Iannitelli