IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, | ) | NO.05-975 GK |
| 107 LELY COURT | ) | |
| NAPLES, FL 34113 | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR DAMAGES |
| | ) | [Federal Tort Claims |
| Vs | ) | Act] |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| DEPARTMENT OF THE INTERIOR | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

COMPLAINT FOR DAMAGES

THE PARTIES

1. Plaintiff is a citizen and resident of Naples, Florida.

2. Defendant is a "Federal Agency" as defined under the Federal Tort Claims Act, 28 USC 2671. The name of the individual government employee acting within the course and scope of his employment that

1

caused the incidents and damages alleged herein is unknown to plaintiff at this time.

## INTRODUCTORY FACTS

3. This action arises from an automobile collision that occurred in the District of Columbia on June 11, 2003, when a vehicle owned and operated by defendant Department of Interior struck a vehicle in which plaintiff was a passenger, causing injury as alleged below.

## JURISDICTION AND VENUE

4. This court has jurisdiction under 28 USC 2671 et seq. because the claim arises under the Tort Claims Act.

5. This action is properly venued in this court because the acts underlying the action (and the accident referred to hereinabove) occurred in the District of Columbia.

## ADMINISTRATIVE COMPLIANCE

6. Plaintiff submitted a timely claim to the defendant Federal Agency, the Department of the Interior, a fully and completely filled out claim form 92 on August 30, 2004.

7. On September 22, 2004 that claim was denied.

8. On March 4, 2005 a Request for Reconsideration based on New Evidence was submitted to the Department of the Interior containing additional information.

9. On March 22, 2005, the Request for Reconsideration resulted in the Department of Interior again denying the claim.

10. Claimant has therefore completely and fully pursued her administrative remedies under the Federal Tort Claims Act.

CAUSE OF ACTION - TORT CLAIMS ACT

11. Plaintiff here repleads paragraphs 1 through ten as if set forth in full.

12. At the time of the collision in which plaintiff alleges injury, the operator of the vehicle causing the collision with the limousine in which plaintiff was a passenger was an employee of the

Department of the Interior acting within the course and scope of his employment.

13. The collision was caused by the negligent operation of the vehicle, which was owned by the United States Department of the Interior. By reason of such negligent operation of the vehicle, plaintiff was directly and proximately caused to suffer physical injuries with the type of emotional and mental injury and distress typically associated with such physical injuries.

14. As a direct and proximate result thereof, plaintiff was injured in her health, strength and activity, sustained and continues to sustain medical and other expenses for treatment, lost earnings and earning capacity and continues to be inhibited in her daily activity, work activity, and other pursuits of life.

REQUESTED RELIEF

WHEREFORE, plaintiff prays relief as follows:

1. For monetary compensation for special damages consisting of past and future medical bills, costs

of alternative medical treatment past and future, loss of earnings and earning capacity, and any other special damages that are shown according to proof;

2. For general damages in the amount of $500,000.00 or an amount shown according to proof. As a matter of good faith, claimant concedes that the amount of the claim stated in this paragraph is protective in amount, as it was in the tort claim preceding this complaint, and that the amount expected to be shown to proof is likely to be less than this amount, but cannot presently be calculated with precision.

3. For costs of suit herein incurred, and

4. For such other and further relief as the court deems just and meet in the premises.

Respectfully Submitted.

_____
MICHAEL PADWAY

Dc Bar Number 479931
California Bar Number 59824
Michael Padway & Associates
595 Market St. Ste. 2520
San Francisco, CA 94105

```
Telephone:  415-777-1511
Attorneys for Plaintiff
Nancy Iannitelli
```