UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY IANITELLI
PLAINTIFF

VS

AFFIDAVIT OF ATTEMPTED SERVICE

THE UNITED STATES OF AMERICA
DEFENDANT

CASE # 05-CV-0975GK

DISTRICT OF COLUMBIA, ss

I, Scot Singleton, depose and state that I am not a party to this action, am over the age of eighteen and a private process server for the firm of Torri's Legal Service, 320 New Mark Esplanade, Washington, DC.

At the request of Michael Padway & Associates I was asked to serve a Complaint on US Attorney of the District of Columbia at the given address of, 555 4th Street, NW, Washington, DC 20001.

I received the papers on October 10, 2005. I went to the given address and spoke to Darleen Fields who is the authorized representative for the United States Attorney for the District of Columbia and she refused to accept service, she advised that the US Attorney of the District of Columbia is not a named defendant. On October 13th I went to the United States Postal Service and sent the Summons and Complaint to the United States Attorney for the District of Columbia. I sent the documents to 555th Street NW, Washington, D.C. by certified mail. Washington, DC 20001.

The undersigned declares and affirms that he has personal knowledge of the foregoing facts, that the facts are true and correct and that this affidavit was executed by Scot Singleton, Private Process Service.

*[signature]*

320 New Mark Esplanade
Washington, DC 20036
(202) 296-0222