## District of Columbia United States District Court

NANCY IANITELLI

    PLAINTIFF
    Petitioner

vs

    DEFENDANT
THE UNITED STATES OF AMERICA   Respondent

DOCKET NO:
1:05CV0975

AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA, ss

Now comes, Scot Singleton, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Silver Spring, Maryland.

I, Scot Singleton certify that on, Tuesday, October 11, 2005, at 2:39 PM, I served a copy of the within *Complaint* upon the within named US Attorney-General, in the following manner,

**(xx) Corporate/Partnership Service:** Through Personal Service of each document, a true copy to David Burroughs, whom based on information and belief affiant knew said individual to be a person authorized to accept service on behalf of US Attorney General.

Said service was effected at the following location: , 950 Pennsylvania Ave., NW, Washington, DC 20530.

I, Scot Singleton describe the individual accepting service David Burroughs as follows: **David Burroughs** is a Black Male, approximately 40 years of age, with Black hair, approximately 5' 8" and weighing 180-190 lbs pounds.

I, Scot Singleton certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on Tuesday, October 18, 2005.

_____
Notary Public
Alicia Bugauisan
Comm Exp 01/19/2009

_____
SCOT SINGLETON,
2120 L Street NW
Washington, DC 20037
(202) 296-0222