IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, <br> 107 LELY COURT <br> NAPLES, FL 34113 <br><br> Plaintiff, <br><br> Vs <br><br> THE UNITED STATES OF AMERICA <br> DEPARTMENT OF THE INTERIOR <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO.05-975 GK <br><br> CIVIL ACTION <br><br> AFFIDAVIT IN RESPONSE TO <br> ORDER TO SHOW CAUSE |

**Affidavit of Michael Padway in Support of Plaintiff's Response to Order to Show Cause and Request for Extension of Time for Service of Summonses**

**Michael Padway**, being duly sworn, deposes and says as follows:

1. I am an attorney duly admitted to practice before this Court, and as counsel for plaintiff I am fully familiar with all of the facts and circumstances surrounding this action;

2. I submit this affidavit in support of Plaintiff's Response to Order to Show Cause and Request for Extension of Time to Serve Summonses;

3. This action was brought pursuant to the Federal Tort Claims Act and its provisions. Plaintiff timely filed a completed form 95, and provided supporting documents, including medical bills, records, and a report from plaintiff's treating chiropractor. These materials were received and reviewed by, among others, Peter Gentile, who investigated the claims made and reviewed the materials on behalf of the United States of America Department of the Interior;

4. The initial tort claim was denied by the Department of the Interior. In a timely fashion, plaintiff made a formal Request for Reconsideration on the basis that plaintiff's injuries were more substantial than originally thought. In support of the Request for Reconsideration, plaintiff provided additional materials to the Department of Interior, including medical bills in excess of $6,200.00, and a medical report from Dr. Joseph Kandel, Nancy Ianitelli's treating neurologist. Dr. Kandel found that Ms. Ianitelli suffered C5-6 Radiculopathy, cervical facet, muscle contraction headache and cervical strain. Dr. Kandel found objective signs of injury, such as hypesthesia, that supported her claims. He concluded that these injuries caused a 5% permanent impairment of function;

5. The Department of Interior acknowledged receipt of the Request for Reconsideration and the supporting materials, but denied the claim based on a dispute as to whether the Department of Interior, through its employees, had been negligent so as to cause the claimed injuries;

6. Because of the filings referred to hereinabove, Defendant United States of America in this action has been aware of the claims made by Ms. Ianitelli since August of 2004. I believe that there is no prejudice to Defendant by reason of any delay in service of summonses;

7. The Request for Reconsideration resulted in final denial of Nancy Ianitelli's Federal Tort Claim with a response mailed on March 11, 2005;

8. The claim made in this action is that the United States of America is responsible for Nancy Ianitelli's injuries, because an employee of the Department of Interior, operating a Department of Interior vehicle, rear ended a stopped limousine in

which Nancy Ianitelli was a passenger. I am not aware of any evidence that would support the contention that Ms. Ianitelli's action is not meritorious;

9. When the action was filed, the complaint did not have Nancy Ianitelli's address in the caption. Further, the summons recited 20 days for defendant to answer, rather than the 60 days appropriate for a case involving a federal agency. Lastly, only one summons was issued, rather than the three required for service on defendant United States of America;

10. As reflected in the court's records, plaintiff filed an errata sheet correcting the omission in the complaint, the summons reciting 20 days for response was corrected to reflect the proper 60 days, and plaintiff has served the complaint and all three summonses, and proof of service has been filed with the court;

11. As additionally shown in the court records by affidavit of attempted service, the authorized representative of the United States Attorney, Darleen Fields, refused to accept service of the complaint, because the Untied States Attorney is not a named defendant. Service on the United States Attorney for the District of Columbia was therefore made as provided in the rules through the Untied States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge, except where otherwise indicated, that if called as a witness I could competently testify thereto, and that this declaration was executed at San Francisco, California on October 18, 2005.

                                                                                           _____
                                                                                           Michael Padway

Respectfully Submitted.

_____
MICHAEL PADWAY

DC Bar Number 479931
California Bar Number 59824
Michael Padway & Associates
595 Market St. Ste. 2520
San Francisco, CA 94105

Telephone: 415-777-1511
Attorneys for Plaintiff
Nancy Iannitelli