UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
NANCY IANNITELLI,                    :
                                     :
        Plaintiff,                   :
                                     :
            v.                       :   Civil Action
                                     :   No. 05-975 (GK)
UNITED STATES OF AMERICA,            :
DEPARTMENT OF THE INTERIOR,          :
                                     :
        Defendant.                   :
_____ :
```

### O R D E R

By Order dated October 5, 2005, [**#2**], Plaintiff was ordered show cause why the Complaint should not be dismissed for failure to prosecute. On October 18, 2005, Plaintiff filed her Response to this Court's Order.

Upon consideration of Plaintiff's Response, and good cause having been shown, it is hereby

**ORDERED** that the Show Cause Order [**#2**] is **discharged**.

/s/
Gladys Kessler
United States District Judge

October 19, 2005

**Copies to:** Attorneys of record via ECF