UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY IANNITELLI,         ) | |
| )| |
| Plaintiff,       ) | |
| ) | |
| v.            ) | Civil Action No. 05-0975 (GK) |
| ) | |
| UNITED STATES OF AMERICA et. al,   ) | |
| ) | |
| Defendants.       ) | |

### PRAECIPE

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendants in the above-captioned case.

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C.  20530
(202) 514-7238

Dated: November 15, 2005

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Charles E. Forrester, Jr.
>#09565-007
>POB 630
>Winton, N.C. 27986

on this 14$^{\text{h}}$ day of October, 2005.

>_____
>BENTON G. PETERSON
>Assistant United States Attorney
>Judiciary Center Building
>Civil Division
>555 4th Street, NW
>Washington, D.C. 20530