IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY IANNITELLI

        Plaintiff,        Civil Action No. 05-0975 (GK)

vs.        EX PARTE APPLICATION TO BE HEARD TELEPHONICALLY

THE UNITED STATES OF AMERICA

        Defendant
_____/

INTRODUCTION

Plaintiff's counsel, a resident of the San Francisco Bay Area, here requests permission to appear telephonically at the Initial Scheduling Conference on January 25, 2006 at 9:45 a.m. EST. If permitted, plaintiff's counsel will be available at: 415-777-1511.

ARGUMENT

Plaintiff's counsel is a citizen and resident of California, with a primary office in San Francisco. Plaintiff's counsel has executive offices in a number of

locations, including Washington, DC, plaintiff's counsel normally is in San Francisco.

Plaintiff's counsel has discussed mediation with defense counsel. Plaintiff's counsel offered to informally arrange any needed depositions and provided medical records and billings so that mediation can be meaningful and potentially successful. Defense counsel will be communicating with his client regarding this proposal.

Plaintiff is agreeable to an order taking the January 25, 2006 status conference off calendar, with an order to mediation, and invites defense counsel to join in this request.

It is therefore requested that plaintiff's counsel be permitted to make this appearance telephonically.

Respectfully, submitted.

Dated: March 5, 2004.

NANCY IANNITELLI

2

By /s/Michael Padway
  Michael Padway
  Bar No. 479931
  Michael Padway & Associates
  595 Market Street, Ste. 2520
  San Francisco, CA 94105
  (415)777-1511