IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY IANNITELLI

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA

        Defendant
_____/

Civil Action No. 05-0975 (GK)

(Proposed) ORDER GRANTING APPLICATION TO BE HEARD TELEPHONICALLY

The court hereby grants the request of plaintiff's counsel to appear telephonically. Plaintiff's counsel will be on telephone standby at 9:45 a.m. EST on January 25, 2006 at 415-777-1511.

(Or, alternatively) It is hereby ordered that the January 25, 2006 status conference be, and hereby is, off calendar. The case is ordered to the Court's mediation program.

Dated: This ___ day of _____, 2006.

                                                  _____
                                                  HONORABLE GLADYS KESSLER
                                                  Judge of the United States
                                                  District Court for the
                                                  District of Columbia