UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY IANNITELLI,           )<br>                             )<br>           Plaintiff,        )<br>                             )<br>      v.                     )<br>                             )<br>UNITED STATES OF AMERICA     )<br>DEPARTMENT OF THE INTERIOR,  )<br>                             )<br>           Defendant.        )<br>_____) | Civil Action No. 05-975 (GK) |

### ORDER

On January 26, 2006, this matter was referred for mediation to commence on April 10, 2006. The parties have not filed any document on the docket since that time. Accordingly, it is hereby

**ORDERED** that a status conference shall be held on **June 25, 2007** at **11:00 a.m.**

June 13, 2007
/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**