IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY IANNITELLI

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA

        Defendant
_____/

Civil Action No.
**1:05-cv-0975 (GK)**

**CONSENT MOTION AND ORDER CONTINUING THE JUNE 25, 2007 STATUS CONFERENCE**

## INTRODUCTION

On June 14, 2007, this action was set for a June 25, 2007 status conference. Plaintiff's counsel is a resident of the San Francisco Bay Area and maintains primary offices in the City of San Francisco. By the time Plaintiff's counsel received the order, he already had a family vacation scheduled for the week of June 25. Plaintiff's counsel understands his obligation to appear and is more than happy to travel to Washington, D. C.

Accordingly, Plaintiff's counsel requests that the status conference be continued to a later date. In the interim, Plaintiff's counsel and counsel for Defendant have agreed to prepare a discovery plan, complete mediation, and submit a joint status conference statement.

Plaintiff's counsel has obtained the agreement of counsel for Defendant to submit this consent order requesting continuance of the June 25, 2007 status conference.

**CONSENTS AND AGREEMENTS**

The attorneys for the parties propose that an order be made by their consent to continue the June 25, 2007 status conference to one of the two following dates (both of which are available in counsels' calendars): August 6, 2007 at 11:00 a.m. or August 7, 2007 at 11:00 a.m.

**ORDER**

IT IS HEREBY ORDERED THAT the status conference be continued to August ____, 2007 at 11:00 a.m.

**Dated:   June _____, 2007**

_____

The Hon. Gladys Kessler
United States District Judge


Consented to and Approved for entry by:

By_/s/Michael Padway_
Michael Padway
Bar No. 479931
Michael Padway & Associates
595 Market Street, Ste. 2520
San Francisco, CA 94105
(415)777-1511

2

By _____
Benton Peterson
Bar No.
Assistant U. S. Attorney
Civil Division
555 Fourth Street, NW
Room E4905
Washington, D. C. 20530
(202) 514-7238

3