UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
NANCY IANNITELLI,              )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 05-975 (GK)
                               )
UNITED STATES OF AMERICA       )
DEPARTMENT OF THE INTERIOR,    )
                               )
          Defendant.           )
_____)
```

## SCHEDULING ORDER

A Status Conference was held in this case on August 7, 2007. Based on the representations of the parties and the entire record herein, it is hereby

**ORDERED** that the depositions of Plaintiff's diagnosing radiologist and neurologist shall be conducted by **October 15, 2007;** it is further

**ORDERED** that a Status Conference shall be held on **October 31, 2007** at **12:30 p.m.** Counsel for the Plaintiff may appear at this Status Conference by telephone.


August 7, 2007                         /s/_____
                                       Gladys Kessler
                                       United States District Judge

**Copies to: Attorneys of record via ECF**