UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY IANNITELLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>Defendant )<br>) | Civil Action No. 05-0975 (GK) |

**JOINT MOTION TO EXTEND DEADLINE AND POSTPONE STATUS CONFERENCE**

The parties, through undersigned counsel, respectfully moves the Court for an order postponing the status conference currently scheduled for October 31, 2007. On August 7, 2007 the Court ordered that parties conduct two depositions by October 15, 2007 and that the parties reconvene for a status conference on October 31, 2007. While the parties have negotiated in good faith concerning the deposition dates, well before the Court's deadline, they have only recently been made aware of a scheduling conflict on the part of the deponents preventing the depositions from taking place. As a result, the parties have worked together in good faith to reschedule the depositions for October 30, 2007 to take place in San Francisco, CA. In addition the parties anticipate engaging in informal settlement negotiations immediately after the depositions.

Accordingly, the parties require additional time to conduct the depositions and to engage in informal settlement discussion prior to the status conference before the Court. The parties have inquired with the Court concerning potential dates for rescheduling purposes. The Court has indicated November 6th, 7th, and 8th 2007 as possible alternative dates for the status

conference. The Counsel for both parties would both be available for a scheduling conference on any of those days.

WHEREFORE, the parties respectfully asks for a brief extension of time to conduct the deposition and for the status conference be re-scheduled for the dates provided above or a date after October 31, 2007, convenient to the Court.

Respectfully submitted,

_____
MICHAEL PADWAY
Attorney for Plaintiff
595 Market Street, Suite 2520
San Francisco, CA 94105


_____
**JEFFREY A. TAYLOR, BAR # 498610**
**United States Attorney**


_____
**RUDOLPH CONTRERAS, Bar # 434122**
**Assistant United States Attorney**


_____
**BENTON G. PETERSON, Bar #1029849**
**Assistant United States Attorney**
**Judiciary Center Building**
**555 4th Street, N.W. Civil Division**
**Washington, D.C. 20530**
**(202) 514-7238 514-8780 (Facsimile)**
**Benton.Peterson@usdoj.gov**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0975 (GK) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## **O R D E R**

UPON CONSIDERATION of the parties' joint motion to extend the time to conduct depositions and to postpone the status conference on _____, 2007, the Court finds that good cause exists for the motion, and it is this \_\_\_\_\_ day of _____, 2007 therefore, ORDERED that parties' joint motion be and hereby is GRANTED, and it is further ORDERED that the interim status conference previously scheduled for October 31, 2007  shall be canceled and rescheduled for _____, 2007 at _____.

_____
United States District Judge