UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY IANNITELLI, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>  Defendant )<br>) | Civil Action No. 05-0975 (GK) |

### **O R D E R**

UPON CONSIDERATION of the parties' joint motion to extend the time to conduct depositions and to postpone the status conference on _____, 2007, the Court finds that good cause exists for the motion, and it is this \_\_\_\_\_ day of _____, 2007 therefore,

ORDERED that parties' joint motion be and hereby is GRANTED, and it is further ORDERED that the interim status conference previously scheduled for October 31, 2007 shall be canceled and rescheduled for _____, 2007 at _____.

_____
United States District Judge