IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY IANNITELLI

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA

        Defendant
_____/

Civil Action No.
**1:05-cv-0975 (GK)**

**CONSENT MOTION AND ORDER CONTINUING THE NOVEMBER 21, 2007 STATUS CONFERENCE**

## INTRODUCTION

On November 9, 2007, this action was set for a November 21, 2007 status conference. Plaintiff's counsel will be in Maui on a family vacation scheduled for the week of November 19. Because of the time zone difference, the status conference call would occur at 5 a.m. in Maui and I am concerned about the reliability of a cell phone connection for the call.

Accordingly, Plaintiff's counsel requests that the status conference be continued to a later date. Plaintiff's counsel has conferred with Defendant's counsel and the following dates offered are amenable to both parties.

**CONSENTS AND AGREEMENTS**

The attorneys for the parties propose that an order be made by their consent to continue the November 21, 2007 status conference to one of the two following dates (both of which are available in counsels' calendars): December 3, 2007 and December 10, 2007.

**ORDER**

IT IS HEREBY ORDERED THAT the status conference be continued to December ___, 2007 at _____ a.m.

**Dated:  November ___, 2007**

_____

The Hon. Gladys Kessler
United States District Judge

Consented to and Approved for entry by:

By /s/Michael Padway
Michael Padway
Bar No. 479931
Michael Padway & Associates
595 Market Street, Ste. 2520
San Francisco, CA 94105
(415)777-1511