### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NANCY IANNITELLI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-0975 (GK)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

### DEFENDANT'S CONSENT MOTION TO RESCHEDULE
###   THE DECEMBER 10, 2007 STATUS CONFERENCE   

Defendant, with the consent of plaintiff's counsel, respectfully moves the Court,

pursuant to Federal Rule of Civil Procedure 6(b)(1), to reschedule the Status Conference

currently scheduled for December 10, 2007 at 10:00 a.m. in the above-referenced case.

The grounds for this motion are that undersigned counsel will be lead counsel in an

heretofore unanticipated evidentiary hearing  that day starting at 10:00a.m. in the

<u>Moore v. Chertoff</u>, C.A. No. 00-953 (RWR/DAR) matter.  Several witness and

demonstrative evidence will have to be presented. The hearing is expected to last for

several hours and possibly all day.

Defendant's counsel has conferred with plaintiff's counsel, who while giving his

consent requested that the rescheduling of the status conference happen before

February 2008. The undersigned counsel is available any other day the week of

December 10, 2007.  Plaintiff, who will participate in the Status Conference by phone,

also expressed general availability that week.   Defendant, therefore, requests that the

Court reschedule the Status Conference for any date convenient to the Court the week of  December 10, 2007 or that the Court, considering the impending holiday schedule and prearranged travel schedules of counsel, reschedule the December 10, 2007 Status Conference in a date convenient to the Court in January 2008.  At the Court's request counsel will contact the Court's courtroom deputy clerk to facilitate scheduling of a January 2008 conference.  Defendant apologizes for any inconvenience this may have caused the Court.

For the foregoing reasons, defendant respectfully requests that this consent motion for an enlargement of time be granted.  A proposed order is attached.

Dated:  December 5, 2007

Respectfully Submitted,

_____/s_____
 JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____/s_____
RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney


_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NANCY IANNITELLI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-0975 (GK)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

## ORDER_____

UPON CONSIDERATION of the Defendant's Consent Motion to Reschedule the

Status Conference Scheduled for December 10, 2007, the grounds stated therefor and

the entire record in this matter, it is by the Court this _____ day of _____, 2007,

hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that a Status Conference will be scheduled in this matter

for _____ at _____.


_____
UNITED STATES DISTRICT JUDGE


Dated: