UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY IANNITELLI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Defendant ) <br> ) | Civil Action No. 05-0975 (GK) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Reschedule the Status Conference Scheduled for December 10, 2007, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that a Status Conference will be scheduled in this matter for _____ at _____.

_____
UNITED STATES DISTRICT JUDGE

Dated:

- 4 -