UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**NANCY IANNITELLI**,               )
                                    )
        **Plaintiff**,     )
                                    )
   v.                           )    Civil Action No. 05-975 (GK)
                                    )
**UNITED STATES OF AMERICA**        )
**DEPARTMENT OF THE INTERIOR,**     )
                                    )
        **Defendant.**     )
_____)

### ORDER

    A status conference was held in this case on December 12, 2007.  Based on the representations of the parties and the entire record herein, it is hereby

    **ORDERED** that the Defendant shall file, by **January 7, 2007**, a motion for an independent medical examination of the Plaintiff pursuant to Fed. R. Civ. P. 35.  At a minimum, the motion shall set out who will conduct the examination, where it will occur, and the length of time required.  The motion shall be accompanied by the supporting declaration of an appropriate medical expert explaining why an independent medical examination is necessary.

December 12, 2007                      /s/_____
                                                   Gladys Kessler
                                                   United States District Judge

**Copies to: Attorneys of record via ECF**