UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY IANNITELLI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0975 (GK) |
| UNITED STATES OF AMERICA, | ) |
| Defendant | ) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE THE TIME TO FILE ITS
MOTION FOR INDEPENDENT MEDICAL EXAMINATION**

On December 12, 2007 , the Court ordered that the Defendant file, by January 7, 2007, a motion for an independent medical examination of the Plaintiff pursuant to Fed. R. Civ. P. 35. which should be accompanied by a supporting declaration of an appropriate medical expert explaining why an independent medical examination is necessary. Defendant, with the consent of Plaintiff's counsel, respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1), to enlarge the time for Defendant to file its motion for independent medical examination to January 22, 2008. The grounds for this motion are that the illness claimed by Plaintiff, Thoracic Outlet Syndrome, is not common and physicians with the necessary experience to serve in an expert capacity to diagnose the condition are relatively rare . As a result, Defendant has had to consult with physicians outside the Washington D.C. metro area in various regions of the country. Defendant has just learned that the physician that the Defendant originally thought would be able to serve in the capacity

of examining physician may not be able to provide any services due to unrelated personal matters. Defendant has not been able to contact this physician to confirm his availability to provide any services at this point. Accordingly, Defendant must now locate an alternative physician to provide the supporting declaration that this Court requested and to perform the independent medical examination. This process will require an enlargement of time. Defendant believes this can be accomplished with a 10 business day enlargement to January 22, 2008.

    Defendant's counsel has conferred with Plaintiff's counsel, who has provided his consent. For the foregoing reasons, Defendant respectfully requests that this consent motion for an enlargement of time be granted. A proposed order is attached.

- 3 -

Dated:  January 3, 2008

          Respectfully Submitted,

          _____
           JEFFREY A. TAYLOR, BAR # 498610
          United States Attorney

          _____
          RUDOLPH  CONTRERAS, Bar # 434122
          Assistant United States Attorney

          _____/s_____
          BENTON G. PETERSON,  Bar #1029849
          Assistant United States Attorney
          Judiciary Center Building
          555 4th Street, N.W.  Civil Division
          Washington, D.C.  20530
          (202) 514-7238 514-8780 (Facsimile)
           Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY IANNITELLI,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>)<br>**Defendant** )<br>) | Civil Action No. 05-0975 (GK) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Enlarge the time for its Motion for Independent Medical Examination, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted and Defendant's Motion for Independent Medical Examination is due January 22, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Case 1:05-cv-00975-GK    Document 23    Filed 01/03/2008    Page 5 of 5