UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY IANNITELLI,           )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>UNITED STATES OF AMERICA,    )<br>                             )<br>                             )<br>     Defendant               )<br>                             ) | Civil Action No. 05-0975 (GK) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Enlarge the time for its Motion for Independent Medical Examination, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted and Defendant's Motion for Independent Medical Examination is due January 22, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated:

- 4 -