# LOUIS E. LEVITT, M.D., C.I.M.E.
# MARC B. DANZIGER, M.D.
# MARK J.SCHEER, M.D.
### PRACTICE LIMITED TO ORTHOPEDIC SURGERY & MEDICINE
1850 M St., N.W. - Suite 750 - Washington, D.C. 20036 - (202) 835-2222 - Facsimile (202) 969-1798

**DATE:** 3/22/06

**PATIENT'S NAME:**  Nancy M. Iannitelli
**ADDRESS:**   107 Lele Ct., Naples, FL 34113
**HOME PHONE:**  239-775-9088
**DATE OF BIRTH:**  3/4/50          **AGE:**  56
**DATE OF INJURY:**  6/11/03
**COMP CARRIER:**

## INDEPENDENT MEDICAL EVALUATION

### HISTORY OF PRESENT ILLNESS:

Ms. Iannitelli is a 56 year old female who works as an artist and hairstylist. She was in the rear seat of a car being driven here in Washington, D.C. on 6/11/03. She states that a car cut in front of them and her car had to stop and the car she was in was rear-ended at a low rate of speed by a gentleman who works for the Treasury Department. This occurred at approximately 10:00 a.m. and she was seen at the Washington Hospital Center ER where no x-rays were taken and she was told she had a neck and shoulder strain. She was given anti-inflammatory medication. The patient went home to Naples Florida where she lives. Several days later, she came under the care of Dr. Michael Debs, a chiropractor. X-rays were negative. She complained of bilateral shoulder pain, neck pain and a headache in the occipital region. Over the next several months, her care was under Dr. Debs and Dr. Joseph Kandel, a neurologist in the Naples area. Anti-inflammatory medication and physical therapy were instituted and an MRI was done, which the patient states did not show a disc herniation, but she did not bring the films in for my review. She had EMG/NCS that showed irritation in the right C6 nerve root but there were no motor deficits. Treatment consisted of anti-inflammatory medication and physical therapy and she continued under chiropractic care with Dr. Debs and had acupuncture treatments, as well. One of Dr. Kandel's partners, Dr. Hussey, performed facet injections in 4/04 and this provided some relief. When Dr. Kandel saw the patient in 6/04, he stated he was leaving his file open and recommended following her on an as needed basis and he felt she was at a stable plateau. When Dr. Debs evaluated the patient on 6/22/04, he felt she had reached maximum medical improvement and felt no further treatment was needed. He recommended a home exercise program for the residual soft tissue problems. Since that time, she has had occasional flare-ups. She continues to see Dr. Debs on a regular basis once a week, but she hasn't had time in the last 3-4 weeks. She also takes Advil. Over the last year, she has relatively new complaints of increasing low back pain with pain going down the right leg. She says her pain feels better with rest and worse with activity and she denies night pain. She clearly states she is no worse than she was a year and a half ago but she doesn't feel much better.

### PHYSICAL EXAMINATION:

Physical examination shows a healthy appearing 56 year old female in no acute distress. She stands 5'3" and weighs 140 lbs. She is right hand dominant. The neck is non-tender in the midline and she has a fair amount of right paraspinal and right trapezial tenderness but there is nothing on the left side. There is no active spasm and she can bring her chin to her chest.

NANCY M. IANNITELLI
PAGE 2
DOI: 6/11/03
IME 3/22/06 CONTINUED—

There is full extension, lateral bending and lateral rotation without discomfort. There are no radicular symptoms and no parascapular tenderness. She has full and symmetric scapular thoracic motion with no winging. Shoulders show full range of motion with 180 degrees forward elevation, 80 degrees external rotation by her side and 90 degrees in abduction. Internal rotation is to T8 with a negative lift-off and there is no AC joint tenderness and no impingement with the palm up and palm down with Neer and Hawkins test. Speeds test and O'Brien sign are negative for biceps or labral pathology and apprehension, relocation and sulcus testing are negative for instability. Arms, elbows, forearms and wrists are non-tender with full range of motion. Bilateral upper extremity strength is 5/5 with normal sensation, 2+ pulses and 2+ deep tendon reflexes. The low back is non-tender in the midline and paraspinal muscles. She has a little left buttock tenderness but nothing on the right side. There is full forward flexion, lateral bending and lateral rotation. She is neurovascularly intact throughout both lower extremities.

ASSESSMENT:

The patient is almost three years out since a low speed motor vehicle accident in which the car she was riding in was rear-ended. While I would concur the initial injury did involve a cervical strain, this essentially resolved by one year post injury in 6/04 when both treating physicians, Dr. Kandel and Dr. Debs, dismissed her from care. The fact that she still continues treatment with chiropractic care a year and a half later makes no sense whatsoever. She clearly admits she is no better despite these treatments and continuation of treatment is unnecessary and not medically warranted. She has even stated that Dr. Kandel has again proposed doing additional facet blocks, but with minimal discomfort, minimal pain and full range of motion and a lack of significant objective findings on examination today, I find no indications or necessity for this. Rather, I would concur with the treating physicians that she did reach maximum medical improvement in 6/04 and that medical treatment past that point was unnecessary. She went through physical therapy and should be well versed in a home exercise program. Formal therapy, acupuncture and chiropractic treatments are unnecessary. The proof of this is the fact she has made no progress despite these treatments over the last year and a half. I would concur with her treating physician that she has mild residual soft tissue deficits and this amounts to mild trapezial spasm. There are no neurological deficits and no evidence of any nerve root impingement and no evidence of long term issues other than the mild muscular discomfort. There is no evidence of correlation between the motor vehicle accident and her complaints of low back pain. I think this is merely a factor of an age related process that one would expect in a 56 year old, as her symptoms there didn't appear until well over a year after the motor vehicle accident. Again, further medical treatment is unnecessary and I would date this back to 6/04. She is at maximum medical improvement following the motor vehicle accident. When using the AMA Guides to the Evaluation of Permanent Impairment Fourth Edition, she fits into a DRE cervicothoracic category II, which would entitled her to a 5% whole person impairment with regard to the mild residual spasm without evidence of radiculopathy or neurologic deficits on exam. When one considers the additional five factors of pain, weakness, atrophy, loss of function and loss of endurance, I find no additional impairment rating and her entire PPD rating from the 6/11/03 motor vehicle accident is a 5% impairment to the whole person.

**NANCY M. IANNITELLI**
**PAGE 3**
**DOI: 6/11/03**
**IME 3/22/06 CONTINUED—**


I find a causal relationship between the motor vehicle accident and the neck pain and I would apportion the entire 5% to the motor vehicle accident. No further medical treatment is necessary and I do not find any indication that any would be necessary in the future. All my conclusions are based on examination of the patient, review of records and my own history from the patient and all are based within a reasonable degree of medical certainty.

Should you have any questions regarding my evaluation, examination or rating of this patient, please feel free to contact me.


Marc B. Danziger, M.D.


MBD/lkw