UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY IANNITELLI, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-0975 (GK)
)
UNITED STATES OF AMERICA, )
)
Defendant )

## DECLARATION OF DR. ALAN NEUREN

I, Dr. Alan Neuren, declare the following to be true and correct.

1. I am a board certified neurologist. I have been in practice since 1980. I have thirty years experience in examining patients to determine whether they have Thoracic Outlet Syndrome. I have previously provided expert opinion in *Borga v. Unum* and *Abdur-Rahman v. Unum*, which were cases concerning Thoracic Outlet Syndrome. Testimony was not needed.

2. I have been serving as a consulting expert witness for the United States of America in this case. I have been asked to review medical records and to facilitate an independent medical examination of plaintiff Nancy Ianitelli. I have reviewed Ms. Ianitelli's medical records and the medical reports of Dr. Tracy Newkirk and Dr. Scott Werden.

3. I am aware of the Court's Order to provide a declaration in this matter explaining why the medical reports of Dr. Tracy Newkirk and Dr. Scott Werden and X-Ray imaging photographs utilized as the basis of the report are not, standing alone, sufficient to conclude with any degree of medical certainty that Ms. Ianitelli has the illness claimed, Thoracic Outlet Syndrome.

4. Generally speaking, Thoracic Outlet Syndrome (TOS) refers to several conditions which can affect the vascular (arterial or venous) supply or innervation to the upper extremity. It is not a single disease. Because there are different types of thoracic outlet syndrome, there is no one best method to detect if a patient has TOS. Commonly accepted methods used to diagnose TOS include electrodiagnostic studies (EMG, nerve conductions, digitial angiograpy, or ultrasound). Most importantly, direct clinical examination is mandatory to assess for signs of vascular or neurological compromise. Such signs would include (but not be limited to) muscle atrophy, pallor of the extremity, ulceration of the finger tips from embolization, loss of pulse, or cyanosis and venous engorgement (if there is venous compromise).

5. The magnetic imaging techniques upon which Dr. Werden and Dr. Newkirk can not be considered reliable and are of questionable validity in diagnosing thoracic outlet syndrome. The technique used requires the individual to be studied with her arms fully abducted over her head. Such provocative testing will result in a high incidence of false positive studies. In other words, many normal individuals will have compromise of the blood vessels and circulation to their arms when elevating their arms over their heads in the fashion required to perform the MRI. Typical symptoms seen, even in individuals without TOS when forced into this position, include pain, numbness, tingling, and weakness of the extremities.

6. A physical examination of Ms. Ianitelli is necessary in order to assess for circulatory or neurological compromise under more natural/less artificial conditions. As noted above, it is also necessary to assess for signs consistent with TOS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _15_ January, 2008.

_____
Alan Neuren, M.D.