Curriculum Vitae

11/07

Richard I. Katz, M.D.

**Home Address:** 212 Llanfair Road
Wynnewood, PA 19096

**Office Address:** 5401 Old York Road, Suite 405
Philadelphia, PA 19141

**Social Security Number:** 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

**Licensed In:** Pennsylvania and Delaware

**Education:** 1956-60 A.B. Duke University
1961-65 M.D. Duke Univ. Medical School

**Postgraduate Training and Fellowship Appointments:**

| | | |
|---|---|---|
| | 1965-67 | Intern and Resident in Medicine, Duke University Hospital Durham, North Carolina |
| | 1969-72 | Resident in Neurology Univ. of Pennsylvania Hospital |

**Military Service:** 1967-69   Research Associate,
Laboratory of Clinical Sciences
National Inst. of Mental Health
Bethesda, Maryland

**Faculty Appointments:**

| | | |
|---|---|---|
| | 2006- | Clinical Professor Department of Neurology University of Pennsylvania |
| | 1998- | Clinical Associate Professor Department of Neurology University of Pennsylvania |
| | 1975-97 | Clinical Associate Professor Department of Neurology Temple University Medical School |
| | 1972-75 | Clinical Assistant Professor Department of Neurology Temple University Medical School |
| | 2001- | Adjunct Clinical Associate Professor of Neurology, Jefferson Medical College |
| | 2003- | Adjunct Clinical Associate Professor - Temple University School of Medicine Department of Neurology |

Richard I. Katz, M.D.                                                    Page 2

## Hospital and Administrative Appointments:

| | |
|---|---|
| 1972- | Attending Neurologist, Albert Einstein Medical Center |
| 1972- | Chief of Neurology, Northeastern Hospital |
| 1972- | Consulting Neurologist, Northeastern Hospital Moss Rehabilitation Hospital Belmont Comprehensive Center |
| 1975-87 | Consultant (Voluntary) Phila. Comprehensive Epilepsy Center, Medical College of Pa. |
| 2007- | Attending Neurologist, Nazareth Hospital |

## Specialty Certification:

| | |
|---|---|
| 1974 | American Board of Psychiatry and Neurology |
| 1979 | American Board of Clinical Neuro-physiology |

## Licensure:

Pennsylvania, 1972
Delaware, 2004

## Awards, Honors and Membership in Honorary Societies:

| | |
|---|---|
| 1995 | Founder's Award - Epilepsy Foundation of Southeastern Pennsylvania |

## Memberships in Professional and Scientific Societies:

National Societies:
  American Medical Association
  American Academy of Neurology
  American Epilepsy Society

Local Societies:
  Philadelphia County Medical Society
  Philadelphia Neurologic Society
    (Secretary, 1974-82)
    (President, 1982-83)
    (Councillor, 1983-86)
  Epilepsy Foundation of Southeastern Penna.
    (Board of Directors, 1984- )
    (Professional Advisory Council Chairman, 1985-91)
    (President of Foundation, 1996-98; September 1999- )

Richard I. Katz, M.D.                                        Page 3


**Major Teaching and Clinical Responsibilities at the University of Pennsylvania and Affiliated Hospitals:**

        1998 - present   Epilepsy/Neurology Clinic - one day a month

**Bibliography:**

   **Research Publications, peer reviewed:**

Bressler, R. and Katz, R.I.: Effects of Carnitine on the Rate of Incorporation of Precursors into Fatty Acid Synthesis. J. Biol. Chemo. 240:622-627, 1965.

Bressler, R. and Katz, R.I.: The Role of Carnitine in Acetoacetate Production and Fatty Acid Synthesis. J. Clin. Inv. 44:840-848, 1965.

Bressler, R. and Katz, R.I.: Evaluation of Tolazemide in the Treatment of Diabetes Mellitus. Current Therapeutic Research 7:219-225, 1965.

Bressler, R. and Katz, R.I. and Wittles, B.: The Role of Carnitine in the Intracellular Trans-location of Acyl Coenzyme-A Derivatives. Ann. of N.Y. Acad. Aci. 131:207-224, 1965.

Katz, R.I., Chase, T.N. and Kopin, I.J.: Evoked Release of Norepinephrine and Serotonin from Brain Slices: Inhibition by Lithium. Science 162:466-467, 1968.

Goodwin, J.S., Katz, R.I. and Kopin, I.J.: Effect of Bromide on Evoked Release of Monoamines from Brain Slices and Intact Atria. Nature 221:556-557, 1969.

Chase, T.N., Katz, R.I. and Kopin, I.J.: Release of 3H-Serotonin from Brain Slices. J. Neurochem. 16:607-615, 1969.

Katz, R.I., Chase, T.N. and Kopin, I.J.: Effect of Ions on Stimulus-induced Release of Amino Acids from Mammalian Brain Slices. J. Neurochem. 16:961-967, 1969.

Katz, R.I. and Kopin, I.J.: Release of Norepinephrine-H3 and Serotonin-H3 Evoked from Brain Slices by Electrical Field Stimulation: Calcium Dependency and the Effects of Lithium, Quabain and Tetrodotoxin. Biochem. Pharmac. 18:1935-1939, 1969.

Katz, R.I., Goodwin, J.S. and Kopin, I.J.: Disposition of Neurotransmitters in Experimental Mouse Glioma. Life Science. 8:561-569, 1969.

01/14/2008 14:11 FAX 2153246150    KATZBENNETTLEVINNEURO                    ☑004
Case 1:05-cv-00975-GK    Document 24-4    Filed 01/22/2008    Page 4 of 6

Richard I. Katz, M.D.                                           Page 4

Katz, R.I. and Kopin, I.J.: Effect of D-LSD and Related Compounds on Release of Norepinephrine-H and Serotonin-H3 Evoked from Brain Slices by Electrical Stimulation. Pharmac. Res. Communic. 1:54-62, 1969.

Katz, R.I., Chase, T.N. and Kopin, I.J.: Electrically Stimulated Release of Norepinephrine-H3 and Serotonin-H3 from Mammalian Brain Slices: A Model for Studying the Effects of Drugs on Putative Central Neurotransmitters. Trans. Am. Neurol. Assn. 1969.

Chase, T.N., Katz, R.I. and Kopin, I.J.: Effect of Anticonvulsants on Brain Serotonin. Trans. Am. Neurol. Assn. 1969.

Katz, R.I. and Kopin, I.J.: Electrical-field Stimulated Release of Norepinephrine-H3 from Rat Atrium: Effects of Ions and Drugs. J. Pharmac. Exp. Ther. 169:229-236, 1969.

Chase, T.N., Katz, R.I. and Kopin, I.J.: Effect of Diazepam on Fate of Intracisternally Injected Serotonin-C14. Neuropharmacology. 9:103-108, 1970.

Trojaborg, W., Rowland, L.P., Katz, R.I., Wheaton, E.A.: Stiff Muscles and Bony Tendons. Trans. Am. Neurol. Assn. 95:169-172, 1970.

Bank, W.J., Pleasure, D.E., Suzuki, K., Nigro, M. and Katz, R.I.: Thallium Poisoning. Arch Neurol. 26:456-464, 1972.

Katz, R.I., Goldberg, H.I., Selzer, M.E.: Mycotic Aneurysm - Case Report with Novel Sequential Angiographic Findings. Arch Int. Med. 134:939-942, 1974.

Katz, R.I., McGlamery, M., Levy, R.: Central Nervous System Listeriosis: Rhomboencephalitis in a Healthy Immunocompetent Person. Arch. Neurol. 36:513-514, 1979.

Amendola, M., Garfinkle, W., Ostrum, B., Katz, M.R., Katz, R.I.: Preoperative Diagnosis of a Ruptured Intracranial Dermoid by Computed Tomography. Journ. Neurosurg. 48:1035-1037, 1978.

Rubin, B., Howoritz, G., Katz, R.I.: Asterixis Following Metrizamide Myelography. Arch. Neurol. 37:522-523, 1980.

Katz, R.I. and Horowitz, G.: Electroencephalogram in the Septuagenarian: Studies in a Normal Geriatric Population. J. Am. Geriat. Soc. 3:273-275, 1982.

01/14/2008 14:11 FAX 2153246150          KATZBENNETTLEVINNEURO                    ☒005
Case 1:05-cv-00975-GK    Document 24-4    Filed 01/22/2008    Page 5 of 6

Richard I. Katz, M.D.                                                     Page 5

Katz, R.I. and Masiak, D.: "Slit Lamp" Myelopathy A Preventable Spinal Cord Injury. Phila. Med. 78:346-347, 1982.

Roemer, R.A., Shagass, C., Dubin, W., Jaffe, R., Katz, R.I.: Relationship Between Pretreatment Electroencephalographic Coherence Measures and Subsequent Response to Electroconvulsive Therapy: A Preliminary Study. Neuropsychobiology 91:24:121-124, 1990.

Gilden, D.H. and Katz, R.I.: Surgical Induction of Zoster in a Contralateral Homologous Dermatomal Distribution. Arch Neurolol. 60:616-617, 2003.

**Abstracts:**

Katz, R.I. and Horowitz, G.: The Septuagenarian EEG: Normative EEG Studies in a Selected Normal Ambulatory Geriatric Population. (Presented at the American EEG Meeting, September, 1980).

Katz, R.I. and Horowitz, G.: Sleep-Onset Frontal Intermittent Rhythmic DELTA Activity in a Normal Geriatric Population. (Presented at the American EEG Meeting, Phoenix, Arizona, November, 1982).

Katz, R.I., Tiger, M. and Harner, R.N.: Epileptic Induced Cardiac Arrhythmia. (Presented at the American EEG Meeting, Phoenix, Arizona, November, 1982).

**Chapters:**

Bressler, R., Katz, R.I.: The Role of Carnitine in Acetoacetate Production and Fatty Acid Synthesis. In Recent Research in Carnitine. Wolff, G.(Ed.), M.I.T., 1965.

Katz, R.I. and Chase, T.N.: Neurohumoral Mechanisms in the Brain Slice. Advanc. Pharmac. 8: 1-30, 1970.

Harner, R.N. and Katz, R.I.: Electroencephalography in Metabolic Coma, pp.47-61, 1975. Handbook of EEG and Clinical Neurophysiology, Redmond, A.(Ed.) Elsevier, 1975.

McGlamery, M., Katz, R.I.: Parkinson's Disease, Prognosis in Medicine, Ehrlich, G.(Ed.) Stanford University Press, 1981.

**RICHARD I. KATZ, M.D.**                                                                     PAGE 6

Katz, R.I. and Harner, R.N.: Electroencephalography Principles and Applications to Disorders of Mid and Late Life, Clinical Neurology of Aging, Albert, M.L. (Ed.) Oxford University Press, 1984.

Katz, R.I.: Neurologic Disease & Sexual Dysfunction, Human Sexuality, Farber, M. (Ed.) McMillan Publishing Co., 1985.