UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY IANNITELLI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-0975 (GK) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

ORDER

UPON CONSIDERATION of the Defendant's motion for independent medical examinations and the entire record of this case, the Court finds that good cause exists for allowing defendant's expert to perform a physical examination of plaintiff. Accordingly, it is hereby

ORDERED that the motion should be and is hereby GRANTED, and it is

FURTHER ORDERED that Plaintiff Nancy Iannitelli has placed her physical condition at issue in this litigation and shall submit to a complete physical and imaging techniques of her body as deemed appropriate by Defendant's designated examining physician. No counsel shall be present at the examinations, and it is

FURTHER ORDERED that Plaintiff Nancy Iannitelli expeditiously should contact the offices of the above listed expert, and arrange an examination to be conducted at the first available mutually convenient date and time not later than March 31, 2008. The examination by Dr. Richard Katz will be conducted at the following locations: 5401 Old York Road, Suite 405 Philadelphia, PA 19141 (215) 324-3300.

_____                    _____
Date                                          United States District Judge

Copies Through ECF to Counsel of Record