UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY IANNITELLI,           ) | |
| )                            | |
| Plaintiff,              )    | No. 05-0975(GK) |
| )                            | |
| v.                      )    | CIVIL ACTION |
| )                            | |
| THE UNITED STATES OF AMERICA ) | |
| DEPARTMENT OF THE INTERIOR,  ) | |
| )                            | |
| Defendant               )    | |
| _____) | |

**<u>ORDER</u>**

UPON CONSIDERATION of the Defendant's MOTION FOR INDEPENDENT MEDICAL EXAM, Plaintiff's RESPONSE and the entire record of this case, the Court finds that good cause DOES NOT exist for allowing defendant's expert to perform a physical examination of plaintiff. Accordingly, it is hereby

ORDERED that the motion should be and is hereby DENIED.

_____                                   _____
Date                                                     United States District Judge

Copies Through ECF to Counsel of Record

1