UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, | ) | |
| | ) | |
| Plaintiff, | ) | No.  05-0975(GK) |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**DECLARATION OF MICHAEL PADWAY**

I, MICHAEL PADWAY, DECLARE:

    I am the attorney for Plaintiff Nancy Ianitelli in the above-referenced matter, I am over the age of 21, a member of the District Court Bar, and a citizen of the United States:

    The attached letter from Benton Peterson dated Nov. 6, 2007, transcript of the Status Conference held on Aug. 7, 2007, my letters to Benton Peterson dated Nov. 2, 2007, Nov. 27, 2007, Dec. 7, 2007 and Jan. 10, 2008, excerpts from the deposition of Dr. Scott Werden, and the invoices from Dr. Tracy Newkirk and Dr. Scott Werden are true and correct copies of those documents, kept in the ordinary course of business;

    I have spent 3 ½ hours on the witness fee issue, and will spend additional time viewing the responsive pleading that will be filed by the government if the matter of witness fees remains unresolved;

    While the substantial majority of my work is done on a contingent fee basis, a reasonable rate for my services with more than 35 years experience in personal injury is $450.00;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, if called as a witness I could testify thereto of my own knowledge, and that this declaration was executed at San Francisco, California on January 31, 2008.

/s/Michael Padway

Michael Padway