UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, | ) | |
| | ) | |
| Plaintiff, | ) | No.  05-0975(GK) |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**ORDER**

UPON CONSIDERATION of the Plaintiff's MOTION FOR EXPERT WITNESS FEES and the entire record of this case, the Court finds that good cause exists for allowing defendant's expert to perform a physical examination of plaintiff. Accordingly, it is hereby

ORDERED that the motion should be and is hereby GRANTED, and it is

FURTHER ORDERED that Defendant United States shall pay Dr. Scott Werden the sum of $3,500.00 in fourteen (14) days in compensation for his deposition, and it is

FURTHER ORDERED that Defendant United States shall pay Dr. Tracy Newkirk the sum of $2,850.00 in fourteen (14) days in compensation for his deposition, and it is

FURTHER ORDERED that Defendant United States and/or Benton Peterson shall pay Michael Padway the sum of $1,575.00 in compensation for bringing this motion.


_____           _____
Date                                      United States District Judge




Copies Through ECF to Counsel of Record