| | | |
|---|---|---|
| 02:03:57 | 1 | last name, W-E-R-D-E-N. |
| 02:04:00 | 2 | Q  Ask there a middle initial with that? |
| 02:04:02 | 3 | A  A. |
| 02:04:03 | 4 | Q  What does that stand for? |
| 02:04:04 | 5 | A  Allison. |
| 02:04:05 | 6 | Q  And where is your current home residence? |
| 02:04:11 | 7 | A  Am I obligated to give out my personal |
| 02:04:14 | 8 | information? |
| 02:04:15 | 9 | Q  Well, I can tell you this much, and it's a |
| 02:04:18 | 10 | perfectly legitimate question. |
| 02:04:20 | 11 | To the extent that we need to contact you for |
| 02:04:23 | 12 | trial purposes, that's the only reason why I would ask |
| 02:04:26 | 13 | for it.  If you are uncomfortable with that, we can do |
| 02:04:29 | 14 | it off the record; you can give it to me afterwards. |
| 02:04:33 | 15 | A  No, that's fine.  I don't think the videotape |
| 02:04:38 | 16 | is going into any unnecessary hands. |
| 02:04:38 | 17 | It's 567 27th Street, Number 3, San Francisco, |
| 02:04:42 | 18 | California 94131. |
| 02:04:45 | 19 | Q  Appreciate that.  Thank you. |
| 02:04:46 | 20 | THE WITNESS:  Since we're officially on the |
| 02:04:48 | 21 | record, I want to ask you, since we're at the start of |
| 02:04:50 | 22 | the deposition, I usually get paid at the beginning of |
| 02:04:53 | 23 | my depositions.  So how are we making arrangements for |
| 02:04:56 | 24 | payment for my time today? |
| 02:04:58 | 25 | MR. PETERSON:  Okay.  I'm more than happy to |

| | | |
|---|---|---|
| 02:05:00 | 1 | deal with that now, but the idea is that we are still in |
| 02:05:06 | 2 | discussions about -- and when I say "we," Mr. Padway and |
| 02:05:09 | 3 | I are still in discussions on how this will all play |
| 02:05:12 | 4 | out. |
| 02:05:13 | 5 | We are kind of in a unique circumstance, |
| 02:05:14 | 6 | Dr. Werden. As you may or may not have noticed, you |
| 02:05:18 | 7 | were not technically noticed by the defendant in this |
| 02:05:22 | 8 | case. This deposition is taking place at the behest of |
| 02:05:25 | 9 | a Federal Court Judge in D.C., and this was all in |
| 02:05:31 | 10 | furtherance of settlement discussion. |
| 02:05:33 | 11 | Normally, before we take depositions of experts |
| 02:05:37 | 12 | in cases dealing with injury or any other type of |
| 02:05:39 | 13 | litigation, we do require a report, expert report, |
| 02:05:46 | 14 | according to the Federal Rules of Procedure. |
| 02:05:49 | 15 | Now, you have provided a report, and I'm |
| 02:05:52 | 16 | grateful for that. However, my understanding is that it |
| 02:05:55 | 17 | was not for the purposes of litigation and trial, but |
| 02:05:59 | 18 | for the purposes of educating us with regard to where |
| 02:06:03 | 19 | the facts stand and what has happened in this case. |
| 02:06:07 | 20 | THE WITNESS: My understanding is that by the |
| 02:06:09 | 21 | laws of the State of California, when I'm called as an |
| 02:06:12 | 22 | expert witness, that I'm supposed to be paid prior to or |
| 02:06:15 | 23 | at the time of the initiation of that deposition, |
| 02:06:16 | 24 | because, obviously, I give up time that I would be |
| 02:06:20 | 25 | seeing patients and working, and I don't know that I had |

| | | |
|---|---|---|
| 02:06:22 | 1 | that obligation to do so today if I'm not being called |
| 02:06:25 | 2 | as an expert witness. So I would like to know that I am |
| 02:06:28 | 3 | going to be paid. |
| 02:06:29 | 4 | Unfortunately, there's several of your brethren |
| 02:06:34 | 5 | in your profession who choose not to pay, and, |
| 02:06:35 | 6 | therefore, I've adopted a kind of, you know, strong |
| 02:06:38 | 7 | policy on this. It's not worth my time afterwards to |
| 02:06:41 | 8 | spend eight to 20 hours chasing people down for money. |
| 02:06:44 | 9 | It doesn't make it worth my while. So I would prefer to |
| 02:06:45 | 10 | have either my payment at the appropriate time or some |
| 02:06:49 | 11 | reasonable obligation that I'm going to be paid for my |
| 02:06:52 | 12 | time today. |
| 02:06:54 | 13 | MR. PETERSON: Well, I can tell you, of course, |
| 02:06:55 | 14 | that I don't have the power to write a check for you |
| 02:06:59 | 15 | today, and I think you understand that. |
| 02:07:00 | 16 | Furthermore, I don't have the power to obligate |
| 02:07:04 | 17 | the United States to pay you without further |
| 02:07:07 | 18 | consultation with my superiors. That's the position I'm |
| 02:07:13 | 19 | in. |
| 02:07:13 | 20 | If it's an either/or situation, then I cannot |
| 02:07:17 | 21 | make any assert -- or cannot assert that I can |
| 02:07:19 | 22 | definitely have any commitment to pay you at this time. |
| 02:07:24 | 23 | I can tell you that, as I said in the previous |
| 02:07:26 | 24 | deposition, and as I'm sure Mr. Padway has probably |
| 02:07:30 | 25 | informed you, is that I am willing to talk about |

| | | |
|---|---|---|
| 02:07:32 | 1 | whatever arrangements we can make with regard to payment |
| 02:07:36 | 2 | after I make consultation with my supervisors back at |
| 02:07:39 | 3 | home. |
| 02:07:40 | 4 | But short of that, there is no obligation or -- |
| 02:07:43 | 5 | there is no way I can obligate the federal government to |
| 02:07:47 | 6 | pay you without the proper authorization, first of all. |
| 02:07:50 | 7 | THE WITNESS: Okay. Is there an obligation for |
| 02:07:52 | 8 | me to be here this afternoon? |
| 02:07:54 | 9 | MR. PETERSON: Only to the extent that you |
| 02:07:56 | 10 | were -- I assumed that you were retained by the |
| 02:07:59 | 11 | plaintiff for the purposes of this case, and this would |
| 02:08:03 | 12 | further the cause of settlement and eventual payment of |
| 02:08:06 | 13 | you and all these other -- |
| 02:08:08 | 14 | THE WITNESS: But it's your deposition, |
| 02:08:09 | 15 | Mr. Peterson. You're the one who's trying to get |
| 02:08:12 | 16 | information to help with your case. You're deposing me. |
| 02:08:15 | 17 | I think that the plaintiff and the plaintiff's |
| 02:08:17 | 18 | representatives already know enough about this case. If |
| 02:08:19 | 19 | they wanted to retain me, they would have, and they |
| 02:08:22 | 20 | would pay me for those services reasonably. |
| 02:08:24 | 21 | So for me to provide my professional services |
| 02:08:27 | 22 | free of charge here as an expert witness, I don't |
| 02:08:29 | 23 | usually do that for free. I've been burned too many |
| 02:08:34 | 24 | times. |
| 02:08:34 | 25 | MR. PETERSON: I'm not asking you to do that. |

## Scott Werden, M.D.

Page 11

| Time | # | Text |
|---|---|---|
| 02:08:36 | 1 | What I'm saying is, you know, you had mentioned this is |
| 02:08:38 | 2 | my deposition. This is the court's deposition that I |
| 02:08:41 | 3 | take that -- this is the court's course of action that I |
| 02:08:45 | 4 | take a deposition in order to further settlement, which |
| 02:08:49 | 5 | can and often includes payment of all these other |
| 02:08:52 | 6 | ancillary charges. But we cannot get to that road |
| 02:08:55 | 7 | unless we have these types of proceedings. |
| 02:09:00 | 8 |     I understand -- |
| 02:09:01 | 9 | A  Let's not confuse issues here, Mr. Peterson. I |
| 02:09:04 | 10 | understand the position you're in completely, but when |
| 02:09:06 | 11 | the judge, or whoever sets this up to do this -- it's |
| 02:09:09 | 12 | not my profession, I don't work in the Department of |
| 02:09:10 | 13 | Justice, whatever. When they -- whoever sets it up, |
| 02:09:13 | 14 | whoever is responsible, if they are obligating me to |
| 02:09:16 | 15 | show up, then they have to follow the rules of the land, |
| 02:09:18 | 16 | as do I. And someone just telling me to show up and |
| 02:09:21 | 17 | volunteer my time, I've not seen a federal writ or order |
| 02:09:26 | 18 | that I have to do that. |
| 02:09:27 | 19 |     So I'm not particularly in the mood to have |
| 02:09:30 | 20 | someone just say, don't worry, we'll talk about it |
| 02:09:33 | 21 | later. I mean, that to me is not the way I would do |
| 02:09:40 | 22 | business. And you're asking for a lot. I've put years |
| 02:09:40 | 23 | into studying this and being good at it. I don't just |
| 02:09:41 | 24 | give that away for free anymore. I've done it too many |
| 02:09:44 | 25 | times, not intentionally, mind you. |

Scott Werden, M.D.

Page 12

| | | |
|---|---|---|
| 02:09:45 | 1 | MR. PETERSON: I can understand your position. |
| 02:09:47 | 2 | I don't want to belabor this. And it seems as if what |
| 02:09:50 | 3 | you're saying is that you don't intend on answering any |
| 02:09:53 | 4 | of my questions unless I can guarantee you payment. Is |
| 02:09:56 | 5 | that -- |
| 02:09:57 | 6 | THE WITNESS: It's not just you. The process |
| 02:09:59 | 7 | should guarantee the payment. I'm not taking that out |
| 02:10:03 | 8 | of your pocket. You work for the government. But |
| 02:10:03 | 9 | whoever set that up should have arranged this |
| 02:10:05 | 10 | appropriately. |
| 02:10:06 | 11 | MR. PADWAY: Let me jump in here. |
| 02:10:07 | 12 | I'm not sure why -- I mean, I can understand |
| 02:10:11 | 13 | that you could have just not thought of this before |
| 02:10:13 | 14 | coming out. I mean, that happens. But I did -- over |
| 02:10:20 | 15 | the lunch hour did a little bit of quick research, and |
| 02:10:27 | 16 | the language is pretty broad in terms of when you're |
| 02:10:32 | 17 | obligated to pay the expert fee. |
| 02:10:34 | 18 | It's basically if -- I want to be careful |
| 02:10:39 | 19 | because I don't have the case in front of me. |
| 02:10:41 | 20 | But, basically, if there is an understanding |
| 02:10:43 | 21 | that a witness is going to be an expert in the case, and |
| 02:10:48 | 22 | if it's discovery -- and they just use the word |
| 02:10:51 | 23 | "discovery," they don't say in a noticed deposition or |
| 02:10:54 | 24 | anything else -- then under the Federal Rules, you're |
| 02:10:58 | 25 | obligated to pay for the time and -- reasonable cost of |

Page 13

| | | |
|---|---|---|
| 02:11:02 | 1 | the time involved in preparation. |
| 02:11:05 | 2 | I was able to pull very quickly one case where |
| 02:11:11 | 3 | it was a deposition by stipulation, you know, so -- and |
| 02:11:17 | 4 | I don't know what your process is, so I'm not sure where |
| 02:11:24 | 5 | we are with this. |
| 02:11:25 | 6 | If this is kind of a whoops, I forgot, that's |
| 02:11:29 | 7 | one thing, and if I'm really going to have a problem |
| 02:11:31 | 8 | with it, that's another. |
| 02:11:33 | 9 | MR. PETERSON: Certainly, it's not a whoops, I |
| 02:11:35 | 10 | forgot, but it's a situation where we have a court order |
| 02:11:40 | 11 | trying to get a resolution to this case. |
| 02:11:42 | 12 | But we're clearly making a record here, and |
| 02:11:45 | 13 | that's fine, but let me put this on the record. |
| 02:11:47 | 14 | If I were to notice you for a deposition, it |
| 02:11:49 | 15 | would not be for two or three hours; it would be for the |
| 02:11:53 | 16 | full time that I'm allotted. It would not be at your -- |
| 02:11:57 | 17 | necessarily at your convenience; it would be at a time |
| 02:11:59 | 18 | that we can mutually come together with. |
| 02:12:02 | 19 | So it's not as if I am not sympathetic to your |
| 02:12:10 | 20 | predicament. All I'm simply saying is that either at |
| 02:12:16 | 21 | this point you are willing to go forward with the |
| 02:12:18 | 22 | deposition or you're not, or there is some third option |
| 02:12:23 | 23 | where we can -- as I mentioned before, I've been put on |
| 02:12:27 | 24 | the record that I would explore this with my supervisors |
| 02:12:32 | 25 | and see what the payment options are, if Mr. Padway and |

| | | |
|---|---|---|
| 02:12:34 | 1 | I can split it, or what unique circumstances we can |
| 02:12:37 | 2 | resolve this situation. |
| 02:12:39 | 3 | But there is no way that I can tell you at this |
| 02:12:40 | 4 | point that you will definitely get payment from the |
| 02:12:43 | 5 | federal government without me having prior authorization |
| 02:12:46 | 6 | for it. |
| 02:12:47 | 7 | MR. PADWAY: Let me suggest this. We're |
| 02:12:49 | 8 | looking at another hour and 20 minutes, because that's |
| 02:12:52 | 9 | all the time we have. |
| 02:12:53 | 10 | MR. PETERSON: Yes. |
| 02:12:53 | 11 | MR. PADWAY: I would agree to advance that if I |
| 02:12:56 | 12 | have your assurance that you'll recommend payment by the |
| 02:13:05 | 13 | government, and if we have to, we can talk about it with |
| 02:13:07 | 14 | the judge tomorrow. Whether she'll entertain that |
| 02:13:13 | 15 | without a motion or not, I don't know. |
| 02:13:15 | 16 | MR. PETERSON: Well, I'm not sure what we're |
| 02:13:16 | 17 | talking about with the judge. But, I mean, I understand |
| 02:13:20 | 18 | that at this point, you know, we've kind of wasted |
| 02:13:23 | 19 | another ten minutes of Dr. Werden's time here. I |
| 02:13:26 | 20 | understand he has a very finite amount of time. |
| 02:13:29 | 21 | If the government is definitely paying, then I |
| 02:13:34 | 22 | would think that we would want to depose Dr. Werden with |
| 02:13:40 | 23 | a proper report from Dr. Werden, if he's going to be an |
| 02:13:44 | 24 | expert in this case, and we would prepare as such. |
| 02:13:50 | 25 | I can tell you this, that if we are going to go |

| | | |
|---|---|---|
| 02:13:55 | 1 | forward here, and with the understanding that when we |
| 02:14:00 | 2 | get a new -- if we should call for a new deposition with |
| 02:14:07 | 3 | a report that is in accordance with the Rules, and if |
| 02:14:10 | 4 | it's necessary for us to depose you, then we would |
| 02:14:15 | 5 | definitely pay Dr. Werden at that time. |
| 02:14:18 | 6 | As a result of this time, I will go back and I |
| 02:14:21 | 7 | will explain to my supervisors the unique circumstances |
| 02:14:25 | 8 | of how we came about today and tell him about where we |
| 02:14:32 | 9 | need to be in order to resolve this case. I can't say |
| 02:14:35 | 10 | that that would result in payment, but I can say that |
| 02:14:37 | 11 | that's what I am willing to do -- |
| 02:14:39 | 12 | MR. PADWAY: But it's going to be your |
| 02:14:41 | 13 | recommendation? |
| 02:14:41 | 14 | MR. PETERSON: Well, it's going to be my |
| 02:14:43 | 15 | recommendation that we do whatever is necessary to |
| 02:14:45 | 16 | resolve this case. If I feel that that is necessary at |
| 02:14:49 | 17 | that point to get this payment forward so we can go |
| 02:14:52 | 18 | forward with settlement negotiations, I'll do that. |
| 02:14:56 | 19 | I can't commit to what I'll say to my |
| 02:14:58 | 20 | supervisor until I know where we are with this |
| 02:15:01 | 21 | deposition, until I've finished -- the time is ticking |
| 02:15:06 | 22 | slowly away. |
| 02:15:08 | 23 | MR. PADWAY: I'm trying to make this work |
| 02:15:09 | 24 | because I want to get -- |
| 02:15:10 | 25 | MR. PETERSON: Time is -- you know, I have less |

**Scott Werden, M.D.**

Page 16

| | | |
|---|---|---|
| 02:15:10 | 1 | than an hour now to ask my questions. And if it's not |
| 02:15:13 | 2 | going to be fruitful, I would hate for me to say right |
| 02:15:16 | 3 | now that I am going to recommend payment for an exercise |
| 02:15:24 | 4 | that's not fruitful for the United States government. |
| 02:15:24 | 5 | THE WITNESS: I've never heard of such a thing |
| 02:15:24 | 6 | as a conditional discovery or conditional deposition. |
| 02:15:27 | 7 | You pay if you get the information that's useful. |
| 02:15:29 | 8 | MR. PETERSON: I mean, there are circumstances |
| 02:15:31 | 9 | where the plaintiffs do pay for the time of the expert |
| 02:15:34 | 10 | because they believe it's in their best interest, in |
| 02:15:37 | 11 | order to put the facts out, have the facts squarely in |
| 02:15:41 | 12 | the face of the defendant, and have them deal with it. |
| 02:15:44 | 13 | THE WITNESS: What did the judge stipulate? |
| 02:15:45 | 14 | You said it was stipulated by a judge, but the judge did |
| 02:15:48 | 15 | not stipulate that I should work for free and provide my |
| 02:15:50 | 16 | professional expert advice for free. |
| 02:15:53 | 17 | MR. PETERSON: No, judges did not stipulate; |
| 02:15:54 | 18 | they make orders. |
| 02:15:56 | 19 | THE WITNESS: Well, that's not what the judge |
| 02:15:56 | 20 | ordered then, because I've never been ordered by a judge |
| 02:15:59 | 21 | to work for free, to give up my professional income to |
| 02:16:01 | 22 | help somebody else's case along. And I don't think that |
| 02:16:02 | 23 | that's the case here, unless you tell me otherwise. |
| 02:16:06 | 24 | MR. PETERSON: It's clearly not. It's clearly |
| 02:16:06 | 25 | on the -- it's on the onus of the plaintiffs to provide |

| | | |
|---|---|---|
| 02:16:09 | 1 | a deposition. |
| 02:16:11 | 2 | THE WITNESS: You know what? Why don't we -- |
| 02:16:11 | 3 | my suggestion is you guys stay on record. I'll leave |
| 02:16:15 | 4 | the room for ten minutes. You can hash it out. I can |
| 02:16:16 | 5 | tell you that this is not something I think you would |
| 02:16:18 | 6 | do, to work for free. I don't think most attorneys |
| 02:16:21 | 7 | would do that. I don't think most docs would just do |
| 02:16:22 | 8 | that, just volunteer their time for free. |
| 02:16:25 | 9 | MR. PETERSON: I'm completely sympathetic with |
| 02:16:27 | 10 | your point, and I understand your point. And I'm more |
| 02:16:30 | 11 | than willing to hash it out with Mr. Padway if we can. |
| 02:16:33 | 12 | MR. PADWAY: Let's do that, because we're just |
| 02:16:35 | 13 | wasting time. Not having the deposition go forward does |
| 02:16:44 | 14 | not help anyway. |
| 02:16:45 | 15 | MR. PETERSON: I know. This is my point. |
| 02:16:45 | 16 | MR. PADWAY: And it's a violation of court |
| 02:16:47 | 17 | order. |
| 02:16:48 | 18 | MR. PETERSON: Not from a lack of trying. |
| 02:16:51 | 19 | THE WITNESS: I can't honestly say that. I |
| 02:16:53 | 20 | don't know the system, but, surely, this is not a unique |
| 02:16:57 | 21 | situation. Surely, people have been deposed before. |
| 02:17:00 | 22 | Surely, discovery has been performed before today at his |
| 02:17:02 | 23 | moment. So I'm not buying that it's unique. Something |
| 02:17:06 | 24 | got messed up in the process, and I don't feel like |
| 02:17:06 | 25 | paying for it. I already pay a lot in taxes, and I'm |

Page 18

| | | |
|---|---|---|
| 02:17:09 | 1 | not contributing more time. I left my house at 10 this |
| 02:17:12 | 2 | morning. I mean, all this time that I've spent, and I |
| 02:17:14 | 3 | need that time for other things. |
| 02:17:16 | 4 | MR. PADWAY: Let's start the deposition. I |
| 02:17:17 | 5 | will pay for your time until 3:30, which I understand is |
| 02:17:23 | 6 | all the time that we have available, and, hopefully, we |
| 02:17:32 | 7 | can get this worked out before -- I think tomorrow we |
| 02:17:36 | 8 | have a status conference call with the judge. |
| 02:17:39 | 9 | MR. PETERSON: Right. And what I'll do is, as |
| 02:17:40 | 10 | I said, I will go back to my supervisor and explain the |
| 02:17:43 | 11 | situation to him and see what he says, and I'll get back |
| 02:17:47 | 12 | to you about that. That's what I commit to. I won't |
| 02:17:50 | 13 | let this slip. |
| 02:17:52 | 14 | THE WITNESS: Am I under oath? Secondly, is |
| 02:17:54 | 15 | this a deposition? Third, is this discovery that's not |
| 02:17:57 | 16 | a deposition? I am a little bit lost here, frankly, |
| 02:18:02 | 17 | because I've never been in this situation of whatever |
| 02:18:02 | 18 | you're describing. I just don't know what the situation |
| 02:18:04 | 19 | is. |
| 02:18:05 | 20 | MR. PETERSON: Yes. And you're outside the |
| 02:18:08 | 21 | process, as you admitted, and I understand that. Let me |
| 02:18:11 | 22 | give you just the broad strokes here. |
| 02:18:13 | 23 | Discovery can take place either by order of a |
| 02:18:15 | 24 | discovery schedule, which we don't have in this case, or |
| 02:18:18 | 25 | by order of the court, which we do have in this case. |

| | | |
|---|---|---|
| 02:18:21 | 1 | This is discovery, when you will be placed under oath, |
| 02:18:24 | 2 | and it will be used as if it were in a court setting. |
| 02:18:29 | 3 | So all the regular rules of depositions apply. |
| 02:18:32 | 4 | You seem to be knowledgeable about depositions |
| 02:18:34 | 5 | in general.  Maybe you've been deposed before.  So |
| 02:18:37 | 6 | that -- you should not worry about that end. |
| 02:18:40 | 7 | The only unique part of this is that normally |
| 02:18:43 | 8 | we are within a discovery schedule.  Normally, it's very |
| 02:18:47 | 9 | clear what the rules are within a discovery schedule. |
| 02:18:50 | 10 | Because we're outside of a discovery schedule, |
| 02:18:52 | 11 | because we're doing things in order to move the case |
| 02:18:54 | 12 | forward for settlement purposes, that is a unique |
| 02:18:58 | 13 | posture, and it's not something that -- I'm not saying |
| 02:19:00 | 14 | it's without precedent; I'm just saying it's a unique |
| 02:19:03 | 15 | posture. |
| 02:19:04 | 16 | THE WITNESS:  So who is it who has ordered this |
| 02:19:06 | 17 | to go forward and basically put me in this position |
| 02:19:08 | 18 | then? |
| 02:19:09 | 19 | MR. PETERSON:  Who is it, you say? |
| 02:19:10 | 20 | THE WITNESS:  Who is it?  The -- |
| 02:19:12 | 21 | MR. PETERSON:  No, no, no.  It's the judge. |
| 02:19:14 | 22 | It's Judge Kessler. |
| 02:19:15 | 23 | THE WITNESS:  So the judge has ordered this to |
| 02:19:16 | 24 | go forward.  So essentially -- the judge is essentially |
| 02:19:16 | 25 | responsible for my time? |

| | | |
|---|---|---|
| 02:19:22 | 1 | MR. PETERSON: Here's what I would say, |
| 02:19:23 | 2 | Dr. Werden. I would say that the judge put the onus of |
| 02:19:26 | 3 | the government to come out here, and fly and put me up |
| 02:19:29 | 4 | and to -- you know, for the time it would take and the |
| 02:19:31 | 5 | money it would take for me to come out here and do that |
| 02:19:35 | 6 | in a most expeditious fashion, and then also for the |
| 02:19:39 | 7 | plaintiff to put up something in order to have you |
| 02:19:41 | 8 | here -- |
| 02:19:42 | 9 | THE WITNESS: They specifically ordered the |
| 02:19:43 | 10 | plaintiff's -- |
| 02:19:44 | 11 | MR. PETERSON: No, no, no, no, no. I'm just |
| 02:19:44 | 12 | telling you what I think is -- you know, how things are |
| 02:19:48 | 13 | working here. |
| 02:19:49 | 14 | The court order was fairly bland. The |
| 02:19:52 | 15 | depositions of the doctors -- I don't know the exact |
| 02:19:58 | 16 | wording. But the depositions will take place by this |
| 02:20:00 | 17 | point in time. So what do we do? We go off and we make |
| 02:20:03 | 18 | that happen. |
| 02:20:05 | 19 | THE WITNESS: There's a lot of qualifiers in |
| 02:20:06 | 20 | there. Still, I want to know where my recourses are. |
| 02:20:09 | 21 | I'm feeling a little bit bad about having the plaintiff |
| 02:20:12 | 22 | pay for my time, because I've never been in a deposition |
| 02:20:15 | 23 | before like that. I guess if I'm still under oath but |
| 02:20:17 | 24 | it's not a deposition, then who am I relating with here, |
| 02:20:20 | 25 | the federal government, the judge, you? |

**Scott Werden, M.D.**

Page 21

| Time | # | |
|---|---|---|
| 02:20:21 | 1 | MR. PETERSON: No one said it's not a |
| 02:20:26 | 2 | deposition, first of all. You are under oath, and all |
| 02:20:27 | 3 | the rules still apply. |
| 02:20:27 | 4 | Your only question is with payment, and what |
| 02:20:32 | 5 | I'm telling you is that it's not unheard of for |
| 02:20:35 | 6 | plaintiffs to pay for the time of an expert if that time |
| 02:20:39 | 7 | can advance their cause in settlement. |
| 02:20:42 | 8 | THE WITNESS: But is that what the judge |
| 02:20:43 | 9 | ordered in this case, since you said it was the judge? |
| 02:20:44 | 10 | MR. PETERSON: No. |
| 02:20:45 | 11 | THE WITNESS: The judge did not order the |
| 02:20:46 | 12 | plaintiff to pay for this? |
| 02:20:48 | 13 | MR. PETERSON: No. |
| 02:20:48 | 14 | THE WITNESS: All right. Well, if I'm going to |
| 02:20:50 | 15 | paid, then we'll go forward, and the judge and plaintiff |
| 02:20:53 | 16 | and defense team can figure it out. |
| 02:20:57 | 17 | MR. PETERSON: Okay. |
| 02:20:57 | 18 | THE WITNESS: Is that okay with both sides? |
| 02:20:59 | 19 | MR. PETERSON: I think we've already agreed on |
| 02:21:00 | 20 | that. I just want to make sure you're comfortable. |
| 02:21:03 | 21 | THE WITNESS: I'm just going to answer the |
| 02:21:04 | 22 | questions, and I'm under oath, so... |
| 02:21:05 | 23 | MR. PETERSON: Okay. Do you want a break at |
| 02:21:06 | 24 | all? |
| 02:21:07 | 25 | THE WITNESS: No. I'm fine. |

Page 22

| Time | # | Text |
|---|---|---|
| 02:21:10 | 1 | MR. PADWAY: I'm going forward with the |
| 02:21:12 | 2 | understanding that this is a deposition. |
| 02:21:13 | 3 | MR. PETERSON: Yes. |
| 02:21:15 | 4 | THE WITNESS: I'm under oath as if in a |
| 02:21:18 | 5 | deposition. You've agreed that this is a deposition? |
| 02:21:19 | 6 | MR. PETERSON: Yes. I've gotten totally off |
| 02:21:24 | 7 | track here. |
| 02:21:24 | 8 | Has he been sworn in at all? |
| 02:21:24 | 9 | THE WITNESS: Yes. |
| 02:21:24 | 10 | MR. PETERSON: Okay. So you've been sworn in, |
| 02:21:25 | 11 | so you are currently under oath. We have a full |
| 02:21:28 | 12 | transcript of all of your questions and concerns. |
| 02:21:37 | 13 | Any other questions before we start? |
| 02:21:39 | 14 | THE WITNESS: No. I'm fine. |
| 02:21:40 | 15 | BY MR. PETERSON: |
| 02:21:41 | 16 | Q  Okay. So let me ask you some general questions |
| 02:21:52 | 17 | just about, first of all, your physical state. |
| 02:21:56 | 18 | Is there any reason that you can think of, |
| 02:21:57 | 19 | Dr. Werden, where you would not be able to give your |
| 02:22:00 | 20 | best testimony today. By "best," I mean your most |
| 02:22:03 | 21 | honest and complete testimony. |
| 02:22:04 | 22 | A  There is no reason. |
| 02:22:05 | 23 | Q  Have you been deposed before? |
| 02:22:06 | 24 | A  I have. |
| 02:22:08 | 25 | Q  How many times? |