# San Francisco Radiology Invoice

**San Francisco Radiology**
**Scott A. Werden, MD**
**567 27th St #3**
**San Francisco, CA 94131**
**(415) 722-6642**

sawxray@pacbell.net
**(415) 642-1868**

**October 17, 2007**
**Due upon receipt**

| | |
|---|---:|
| **Invoice No.** | 00016 |
| **Bill To** | Michael Padway & Associates |
| **Address** | 595 Market St |
| | San Francisco, CA 94105 |
| **Phone** | |
| **E-Mail** | |
| **Deposit Received** | |
| **Invoice Subtotal** | $3,500.00 |
| **Tax Rate** | |
| **Invoice Total** | $3,500.00 |
| **Total Amount Due** | $3,500.00 |

**Please make checks payable to San Francisco Radiology**
**FEIN# 20-0112344**

| Date | Description | Hourly Fee | Hours | Subtotal |
|---|---|---:|---:|---:|
| 11/1/2007 | Ianitelli Deposition preparation | $500.00 | 1.00 | $500.00 |
| 11/1/2007 | Travel time | $500.00 | 1.00 | $500.00 |
| 11/1/2007 | Ianitelli Deposition 10/30/2007 | $500.00 | 5.00 | $2,500.00 |
| | | | **Subtotal** | $3,500.00 |
| | | | **Tax** | |
| | | | **Total** | $3,500.00 |