# *NEWKIRK NEUROLOGY*

**Tracy A. Newkirk, M.D.**  Phone: (415) 819-3179
P.O. Box 1702  Fax:  (415) 381-8341
Mill Valley, Calif., 94942

October 31, 2007

Michael Padway, Esq.
595 Market St., Ste 2520
San Francisco, Calif. 94105

Dear Mr. Padway,

Enclosed please find, first, the bill for the half-hour conference about our position on behalf of Ms. Iannitelli. Secondly, I have enclosed a copy of the bill sent to Mr. Peterson, in the hopes that he will appropriately accept responsibility.

Yours truly,

Tracy A. Newkirk, M.D.

1

Tracy A. Newkirk, M.D., Inc

P.O. Box 1702
Mill Valley, Calif. 94942

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2007 | 109 |

**Bill To**

Michael Padway, Esq.
595 Market St., Ste 2520
San Francisco, Calif. 94105

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.5 |  | 750.00 | 375.00 |

**Total** $375.00

Tracy A. Newkirk, M.D., Inc

P.O. Box 1702
Mill Valley, Calif. 94942

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2007 | 108 |

**Bill To**

Benton G. Peterson, Esq
Judiciary Center Building
U.S. Dept. of Justice
555 4th St. N.W.
Washington, D.C. 20530

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Depo on Nancy Iannitelli, Mr. Padway's office, 10/30/2007; Travel time | 750.00 | 750.00 |
| 2.3 | Hourly rate; 9:30-12:50 | 750.00 | 1,725.00 |

**Total** $2,475.00