# MICHAEL PADWAY & ASSOCIATES

Other Offices:
Los Angeles
Ontario
San Jose

Please Reply to:
595 Market Street
Suite 2520
San Francisco, CA 94105
(415) 777-1511
Fax (415) 391-6080

September 1, 2006

Benton G. Peterson
United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530

Re: Nancy Ianitelli v. United States

Dear Mr. Peterson:

Enclosed is Dr. Tracy Newkirk's medical report, dealing with the issues you raised in your email to me.

Dr. Newkirk explains with appropriate references to the medical evidence, that:

1) Ms. Ianitelli's injuries are diagnosed based on objective evidence, as referenced;

2) That Ms. Ianitelli's injuries are consistent with the nature of the impact;

3) That her treatment is reasonable and necessary;

4) That her injury is progressive in nature;

5) That a seatbelt would not have prevented her injury, but might have made it worse.

Further, Dr. Newkirk provided an appendix describing the mechanism of injury to amplify the reason that this injury can occur with less than a ten mile per hour impact, and references in the medical literature on this injury, its etiology, its treatment, and experience with similar injuries as a "common sequelae of trauma". This last reference was made available during the recent mediation, and clearly documents the repeated experience of thoracic outlet syndrome from mundane impacts.

I hope that this report, which I ordered solely in response to your request, will provide you with the answers to the questions you posed earlier, in a way that will allow us to have meaningful settlement discussion.

Please let me know if we can now entertain serious settlement discussion, and how we may move the case forward toward disposition.

Very truly yours,

Michael Padway

MNP/nt
Enc: As stated

**NEWKIRK NEUROLOGY**
**METS CLINIC**

Tracy A. Newkirk, M.D.
Medical Director
Adult Neurology
Headache Management
Occupational Medicine
415-258-1838
www.drnewkirk.com

State Registered
Therapists on Staff
Biofeedback Therapy
Physical Therapy
Ergonomic Consultations
415-457-2850
www.metsclinic.com

August 17, 2006

Mike Padway, Esq.
595 Market St. Ste. 2520
San Francisco, Calif., 94105

Re: Ianatelli, Nancy
DOI: May 10, 2003

Dear Mr. Padway,

## ***Introduction***

This patient was first seen in the office for evaluation and treatment of injury on June 12, 2006. She has not been seen in follow-up since she lives on the East Coast.

## ***History of Incident***

She reported to me that she was the un-belted passenger in a limousine stuck from behind on the above-mentioned date. She was not prepared for the impact and as a result suffered immediate headache. She knows that her neck was traumatized or jolted. She was obviously stunned by the collision and experienced a short-term memory deficit consistent with mild concussion. She had trouble remembering simple facts such as her own birthday. She believes her recall capacity returned to normal in a matter of days or weeks.

She was in Washington D.C. and was seen for the trauma in a local emergency room. She happened to be enroute to Florida and the follow-up medical care was obtained in Florida. Her memory problems were apparent to others. She thinks some cognitive testing was done but was not clear about the results.

Her recall of the details of her treatment, at least for the purposes of this interview, was not very good. She recalled seeing a number of medical practitioners and that one of the physical parameters of treatment was a TENS units, which was of some help in pain control. Her care was directed primarily by a neurologist. She was awakening nearly every night with headache, which in turn was being treated with heat and Excedrin. Unfortunately the mechanism of the headache was not recognized at that time.

In view of the ongoing pain in head and neck, she underwent a series of cervical facet injections which did reduce her pain somewhat. She continued to have headache, neck, and right shoulder and arm pain. She was also suffering from right buttock and leg pain in a pattern suggesting sciatica.

Her headaches have evolved in a way quite typical of post-traumatic migraine. She obviously developed a problem called allodynia as she began to notice that even minimal stimuli to the head and neck would trigger headache. Allodynia is a form of neuropathic pain in which the nervous system augments pain in response to minimal stimuli. This occurs by a process called central sensitization and is well documented in the scientific pain mechanism literature.

She also noted problems attempting to lift the right arm. The objective evidence which as been gathered will show that there is a common mechanism contributing both to the headaches, right face pain, and the motor and fatigue problems with the right arm. She has tried a variety of treatment methods including Rolfing all with minor benefit. Even on the plane coming to San Francisco for more advanced medical evaluation she was experiencing stabbing pains in the right face, right peri-clavicular area and down the right arm. It is important for the reader to realize that the simultaneous distribution of the pain in the face, clavicle and arm indicates that a mechanism other than cervical nerve root compression or damage is creating the pain

syndrome. The low back and right leg pains have continued along with recurring pain between the shoulder blades. There has been no loss of consciousness or impairment of bowel and bladder function. She has not experienced numbness in the low extremities and has had relatively little problem with the left arm

## ***Past Medical History***

Previous trauma: None. Non-work limiting neck pain. Migraine.

Prior illnesses and surgery: None.

Allergies: None.

## ***Examination and Diagnosis***

The salient findings in the neurological examination are as follows: she has positive brachial plexus irritation signs greater on the right side consistent with the findings on the MRI/MRA/MRV done at Raytel. In addition, there were soft sensory changes in the right foot not sufficient to prove the presence of radiculopathy but sufficient to document sciatic trunk irritation, such as is usually seen in piriformis syndrome. The nerve roots appeared to be functioning normally as there was no reflex loss or asymmetry.

In the lumbar region, there was a visible and palpable increase in paraspinal muscle tone, greater on the right. There was a visible and measurable truncal shift from left to right amounting to about 2 cm. The shift could be confirmed with palpation and observation. In addition the sacro-iliac joints were painful, moreso on the right. The right piriformis was very, palpably tight and painful. Deep pressure reproduced the right leg pain confirming right sciatic trunk irritation, not radiculopathy. Additional confirming findings that account for the shift and the piriformis syndrome include an outflare of the right anterior superior iliac spine (ASIS) and increased tone, to the point of being painful, of the right hip flexor, the iliopsoas muscle.

There were more severe findings in the upper trunk. There was edema in the supraclavicular space that was 3 to 4+ on both sides.

She had acquired a round-shouldered, forward flexed posture in large measure related both to weakness and pain. There were palpable, painful bands in the right trapezius muscle.

There was pronounced venous congestion in the upper extremities. The dorsal hand veins should empty at a shoulder flexion angle of 90°. In this case the angle on the right was 165° and on the left, 150°. Our clinical rating scale for venous congestion measured by the shoulder angle for emptying is as follows: mild – 95 - 125°; moderate – 126 to 150° and severe above 150°. It is therefore clear that this patient is suffering from significant impairment of venous return from both upper extremities. Adson's maneuver was negative as it usually is. The neural tension signs that indicate involvement of the brachial plexus were positive on both sides and greater on the right.

Perhaps the greatest clinical indicator of the significance of bilateral neurovascular compression, of the type demonstrated on the MRI from Raytel, was the reversal of symptoms that could be reliably produced via the clinical procedure called manual scapular correction. The indication to perform this procedure is the presence of bilateral non-neurogenic scapular winging. Such winging is produced, not by the neurologically typical lesion, namely an injury to the long thoracic nerve, but instead by the relatively unopposed contraction of the pectoralis minor muscle on the coracoid process of the scapula. This pull moves the scapulae laterally and elevates the medial border off or away from the posterior chest wall and rotates the inferior pole away from the midline. In this procedure the examiner manipulates and holds both scapulae into neutral position, during which time the pain in the right neck, shoulder and arm as well as the right piriformis area was relieved.

Please refer to the Appendix I in which the scapulo-clavicular mechanics behind this maneuver are explained, which then can be correlated with the findings on the MRI/MRA/MRV.

## ***Objective Documentation of Injury***

The following radiologic diagnostic studies have been obtained: MRI/MRA/MRV of the superior thoracic aperture done at Raytel in San Francisco on 06/14/06 by Scott Werden, M.D. The findings

clearly documented the mechanisms contributing to the post-traumatic syndrome that is giving her so much trouble. She has degenerative disc disease that undoubtedly pre-dated the collision. However, it is less likely that the evidence for cord impingement was there prior to this accident. The reader must understand that at this point in time she does not have a spinal cord impingement syndrome but it medically probable that pre-existing disc disease has been aggravated by this accident thus increasing the potential need for cervical disc surgery within the next ten years. The need for the surgery is to prevent cord compression which could lead to bladder dysfunction and paraplegia.

The findings of immediate significance are the following: hypertrophy of the right anterior and middle scalene muscles. These are the muscles located on either side of the neck, deep to the sternocleidomastoid muscles (head rotators) that pass from the anterior bodies of the lower neck vertebra diagonally forward and downward to pass behind the medial portion of the collar bones to attach to the first and second ribs. Their course brings them into close apposition to the nerves that supply the arm and hand/fingers and any enlargement in these muscles can lead to pain, numbness and fatigue in the arms and hands. The evidence that the nerves to the upper extremities are being damaged is the presence of effacement of peri-neural fat, or the myelin that insulates these nerves. All neurological physicians recognize that mechanical irritation of nerves leads to symptoms such as pain, numbness and weakness. These symptoms and the attendant disability will not clear until the irritation is relieved.

On the left side of the superior thoracic aperture (the space at the root of the neck above the apex of the lung, deep to the clavicle, anterior to the scapula and beneath the trapezius and supra-clavicular fossa) there is also enlargement of the scalenes without effacement of the myelin surrounding the brachial plexus. On the left the subclavius muscle is enlarged and, significantly, compresses the subclavian and also the axillary arteries in their course to the shoulder and upper extremity. While the degree of arterial compression is not severe with the arm at rest, any compromise of the arterial flow to the extremity will compromise its use. This is potentially more serious than venous compression. In addition, there

is evidence of bilateral subclavian vein compression, perhaps a little worse on the left. There is confirmation of the bilateral edema noted on the physical examination. There is even documented edema of the chest wall. All of these findings are highly unusual and are not found in the normal state. The most significant abnormalities around which there is no argument would be the compression of the subclavian artery and the effacement of myelin around the brachial plexus plus the abnormal accumulation of the edema fluid. While brief compression of some veins in the neck and arms or upper chest may be an occasional variation of normal, the sustained compression shown in this study and by clinical testing is not.

## ***Review of Records***

The patient has been followed for two years by Joseph Kandel, M.D., and neurologist at the NASA Neuroscience and Spine Associates office in Naples, Florida. The initial consultation was not included in the records. On the first available office note it was stated that she was having neck and scapular pain, right upper extremity pain, headache and low back pain. His ongoing diagnoses were cervical and lumbar sprain/strain, mixed headache disorder, sleep dysfunction due to pain, and right C5-6 radiculitis. He prescribed hypnotics for sleep, Mobic as an anti-inflammatory, diathermy, exercise without designating what type and she declined the chiropractic, and trigger point and facet injections, at least at the visit on December 02, 2004.

In four visits in the year 2005, ongoing symptoms of pain, headache, disturbed sleep, scapular pain, symptoms aggravated in sleep all poorly responsive to Mobic and exercise. Mild, right C5, 6 sensory deficits were documented without localizing the source of the deficit. He made an estimate that she should restrict her lifting to 30-40 pounds without any measurement or basis for believing she was capable of such effort. In fact that estimate was far wide of the mark, since the arm position for lifting would immediately increase the neurovascular compression causing increased pain, numbness and weakness, thus negating that estimate. He also estimated that she had 5% impairment but never discovered the real reason for her impairment thus making that estimate far too low. He advised avoidance of repetitive upper extremity activities as well as repetitive

over-head and over-shoulder activities without giving the pathoanatomic basis for such restrictions, which were in fact accurate. The MRI/MRA/MRV proved that in the arms up position, the neurovascular compression increases. He did support consultation in pain management. Later in the year he continued to note that her symptoms were severe. In June of 2006 he continued to note the same findings and diagnoses.

The patient was seen by Darin Bush, D.O. at the Institute for Non-Surgical Orthopedics in Fort Lauderdale, Florida on September 27, 2005. The history was reviewed and it was noted that she did have mental confusion with immediate headache, which converted to daily headache. She flew back to Naples later on the day of the accident. Neck and right upper extremity pain and insomnia were noted. He reviewed the fact that she was being followed by a neurologist, who suggested facet blocks. She was receiving chiropractic care.

The physical findings were described in typical, osteopathic somatic dysfunction terminology localizing such somatic dysfunctions in the head, entire spine, thorax, upper and lower extremities. He noted multiple sites of tenderness, loss of spinal range of motion, intact neurologic examination without comment on post-concussion syndrome. He recommended and performed occipital nerve block with improvement in symptoms, at least temporarily. No consideration was given to thoracic outlet syndrome.

An independent orthopedic medical evaluation was done by Marc B. Danziger M.D. on March 22, 2006. He reviewed the history of injury and the interval treatment. He made reference to electrodiagnostic studies that indicated right C6 nerve irritation without motor deficit. The facet blocks were noted as well. He also noted that at least two physicians thought her soft tissue problems had become stable by June of 2004. Nonetheless, there were flare-ups after that point in time treated with Advil. There was a history of increasingly severe low back and right leg pain.

The orthopedic examination revealed very little as usual. He thought the neck was non-tender in the midline, which it nearly always is, but noted there was right paraspinal and trapezius tenderness. He thought the neck had full range. He did not identify winging of the

scapulae and the shoulders had full range of motion. He thought upper extremity strength and reflexes were normal. He had no findings in the lower extremities.

In his discussion he admitted that she had suffered a cervical strain which he decided had resolved in a year. He noted that she was still symptomatic offering no explanation for this and decrying the continuing chiropractic care. He did not think there was any need for additional facet blocks as "he decided" her pain was not significant enough at least by Washington D.C. orthopedic "standards". He admitted to mild residual soft tissue deficits and thought there was no connection between her low back pain, which he couldn't explain, and the auto accident. He then allowed her a 5% whole person disability using the infamously coarse, inaccurate, and minimizing AMA Guidelines.

Perhaps the most interesting aspect of this evaluation is its superficiality, and the total lack of effort to find out what was really occurring with this patient. No vascular examination and certainly not a single maneuver that would reveal thoracic outlet syndrome was contemplated or tested. One would suppose that an orthopedist would do an orthopedic examination but the glaring deficiency is the assumption that the only possible injury is orthopedic. The evaluation in fact successfully omitted all pertinent findings apparently on the presumption that the orthopedist does not consider loss of blood flow, damage to the brachial plexus, arterial compression are not important. Clearly the evidence is to the contrary and this examination was focused on missing the major findings that our examinations have shown to correlate exactly with the patient's symptoms and the findings on the MRI/MRA/MRV.

The work of Sanders and Haug (Sanders, Haug) clearly demonstrate that the primary lesion that occurs after "whiplash" that is not severe enough to create major disc herniation, is histologically verified enlargement of the scalene muscles. These muscles convert from fast twitch to slow twitch muscles and create compressions of the cervical nerves as they pass to the upper extremities through the superior thoracic aperture deep to the collar bones. This enlargement is clearly shown by the MRI/MRA/MRV. The MRI/MRA/MRV also clearly shows that this patient does not have congenital narrowing of

the scalene triangle or any of the other tunnels indicating therefore that the only cause of her symptoms and disability is the motor vehicle accident in 2003. This is further supported by the lack of any of the neurovascular symptoms prior to the accident.

Dr. Danziger's suggestion that this patient needs no further orthopedic treatment is probably correct but she absolutely needs a vast amount of treatment to decompress the neurovascular bundles in the superior thoracic aperture (Allison; Sanders, Hammond; MacKinnon; Wehbe, Schlegel). He also referred erroneously to his assumption that the EMG showed nerve root irritation. That assumption is not supported by any anatomic study of the neck (MRI) but is supported by the evidence that there is compression of the brachial plexus. It is rare for there to be any EMG changes in thoracic outlet syndrome. Therefore the appearance of electrically proved nerve irritability places this syndrome, at least on the right, in the more severe categories. Of course, the MRI/MRA/MRV was not available at the time Dr. Danziger saw the patient, but he should have realized that there was no objective evidence for cervical root compression. The fact that the MRI/MRA/MRV shows objective involvement of the brachial plexus demands further treatment as the evidence is clear that in the absence of treatment, then the disability will progress (Gilliatt, Le Quesne; Gilliatt, Willison; Mackinnon, Dellon; MacKinnon, Novack; MacKinnon, Novack; MacKinnon, Patterson; Wilbourn;).

## ***Final Diagnoses***

1. Concussion with mild post-concussion syndrome, now resolved.
2. Chronic cervical and thoracic strain.
3. Chronic, objectively-verified, costoclavicular form of thoracic outlet syndrome.
4. Neuropathic pain.
5. Mechanical and probably vascular (see corrective manual testing done in this office) and neuropathic low back pain.
6. Mechanical back pain referred from neck (see Kabat, Edgelow).
7. Post-traumatic migraine due to #3 (Saxton et al).

## ***Conclusions***

The treatment that this patient sought is reasonable and necessary. It was protracted and to this date incomplete as the medical providers were unaware of the bilateral neurovascular compression, now proved objectively. She was at constant risk of disability and in continuous pain. She sought appropriate treatment as her responsibility to minimize her damages and obtain relief from her pain. The three plus years of treatment is absolutely typical of post-traumatic neurovascular compression in the superior thoracic aperture. Unlike orthopedic injuries which may well heal in a finite period of time, these neurovascular injuries compromise both the vascular and neural supply to major quadrants of the body (Collins, Disher; Collins, Shaver) and will lead to steady deterioration if not treated. Should that treatment not be definitive, as in this case (not due to the patient's choices) the treatment must of necessity go on at great length as the patient strives to find a corrective solution not just minimal, temporary relief. She participated actively in exercises and continued to work despite her high level of pain, to her credit.

All neurological experts recognize that concussion can occur both without impact externally to the skull and without loss of consciousness. All major head injury treatment organizations agree with this including the Academies of Neurology and Neurosurgery. The mechanism is the impact, coup and contra-coup in which the brain collides with the inner table of the skull as the head accelerates and the then reverses causing the brain to strike the opposite inner table as the body decelerates. She had most of the typical symptoms of post-concussion syndrome as a result of this mechanism.

The mechanism of personal injury does not correlate in any way with the velocity of the impact or the property damage. The probability of injury depends on the anatomy of the individual, the manner in which unanticipated forces are applied to the body and the extent to which vital structures are disturbed, in this case major nerves and blood vessels. Sanders, Haug have clearly documented in the most pre-eminent textbook on thoracic outlet syndrome that these injuries occur in very low velocity injuries with or without property damage. Dr. Sanders has also asserted this in personal communications. Most injuries of this type and degree suffered by Ms. Iannitelli are

progressive. The duration of her care was in large manner determined by the misdiagnosis and peripheral treatment of symptoms without ever discovering the primary causative mechanism. She followed the advice of experts and is the victim not the cause of the duration. In fact, if treatment is stopped she will go downhill much faster than is already the case.

The evidence is clear that his patient is suffering from objectively-proved thoracic outlet syndrome in a bilateral fashion resulting from motor vehicle trauma that is absolutely the most common cause of this syndrome (Brantigan; Crotti; Collins, Disher; Sanders, Haug; Sanders, Hammond). The MRI/MRA/MRV makes it very clear that the patient has adequate space between the bony elements in the superior thoracic aperture and in the absence of trauma that causes the scalene hypertrophy would not have suffered the thoracic outlet s syndrome and the disability that is caused by it.

This patient has not responded to three years of conservative treatment and now has proof of fibrosis and compression of the neurovascular elements supplying both upper extremities. This compression, unless relieved, will cause further deterioration and while present prevents adequate outcomes of conservative care. In the face of failure of conservative care and with proof of neurological injury (EMG and MRI/MRA/MRV) surgery is her only option for recovery. This is the standard of care.

This patient will have to have bilateral surgical decompression. The term mild compression is misleading to the reader. The vast majority of cases of thoracic outlet syndrome do not have any arterial compression whatsoever. This is true since the arteries are located most deeply into the thorax away from the costoclavicular angle in the scalene triangle. Therefore there has to be a great deal of compression to involve the subclavian artery in addition to the brachial plexus and the subclavian veins and lymphatics.

The fact that the patient was not wearing a seatbelt does not influence any conclusion about the injury. This examiner has seen this type of injury far more often in patients who were wearing a seatbelt as the belt crosses the sternum and at impact with the belt drives both clavicles posteriorly this compressing the neurovascular

bundles bilaterally but usually worse on the left for the driver and on the right for the passenger. In the absence of a seatbelt in a limousine, the injury can still be created by blunt trauma to the sternum, retrograde motion of the sternum and clavicles either due to direct impact or due to motion of the trunk against the outstretched arms. Sanders has pointed out that the whiplash effect alone, with or without a seatbelt will trigger this syndrome in low velocity injuries (Brantigan and Roos; Sanders, Haug; Sanders, Hammond). The consumption of alcohol, as she was not the driver, has no effect on the degree, severity or distribution of the compressive elements in this injury as it is entirely mechanical and determined by extrinsic mechanical force factors entirely out of the control of the patient.

## ***Recommendations for Future Care***

She needs a Moller Orthopedic Spine Support for the car seat and for any meeting, flights or other occasions that require prolonged sitting. This device provides good lumbar support while adducting the scapulae thus inducing a reduction in neurovascular compression. She will need ongoing medical care with analgesics, anti-inflammatory medications. If the pain persists despite physical treatments, then we know that she is evolving a neuropathic pain syndrome which will require treatment with Lyrica, Cymbalta, or other neuromodulators. The cost of these medications is very high, often running into hundreds of dollars a month. These therapies are medically necessary as neuropathic pain does not respond to analgesics, narcotic or not. Advil is also ineffective.

The need for correct physical therapy is mentioned above and is widely supported by experts in the field of thoracic outlet syndrome (Allison; Edgelow; Sanders, Holmes; MacKinnon, Novack; Wehbe, Schlegel). This and even the chiropractic are supported by government guidelines (VHA/DOD Guidelines). It is also critical to treat the edema, which was not even recognized by her current treaters. Failure to clear the edema will result in further scarring of the brachial plexus (Trettin, Zuther) and cause more pain (Vecht). Every effort must be made to preserve and protect the brachial plexus on both sides with the right being the more critical at the moment. She is an immediate candidate for total right first rib resection by the anterior approach. This is the most effective means of providing relief (Adson;

Adson; Atasoy; Brantigan, MacKinnon; Roos; Sanders, Haug) once there is objective evidence of involvement of the brachial plexus (EMG/NCT and MRI/MRA/MRV).

If there are any additional questions about this patient's diagnosis, residual disability, assignment of cause or apportionment and probable need for treatment please do not hesitate to contact this office.

Yours truly,

Tracy A. Newkirk M.D.

## ***Appendix I***

*Scapulo-clavicular mechanics*

A brief discussion of scapulo-clavicular mechanics will provide an understanding of the mechanism of injury suffered by this patient. The clavicle and scapula are joined to each other at the acromio-clavicular joint in the shoulder. Movement of one necessitates movement of the other. The clavicle acts as a strut that keeps the shoulder joint in its lateral position. In order to put the hands in front of the body preparing to do desk work, the clavicles and manubrium sternum must rotate internally (posteriorly) in the horizontal plane. In individuals who have a narrow thoracic antero-posterior diameter at the level of the sternal notch and the anterior body of T3, such inward rotation immediately creates compression of the underlying vascular structures, particularly the subclavian vein and lymphatics and less commonly the subclavian artery. Usually, the head of the first rib simultaneously compresses the brachiocephalic (innominate) trunk that receives blood from the jugular system and the subclavian vessels on the way to the heart. Such an increase in venous, vascular resistance must, of necessity, in a closed hemodynamic system, create increased resistance to arterial flow. This leads to ischemia and is the source of the symptoms of pain, numbness and rarely weakness. The swelling is lymphedema created by

compression of the lymphatics draining the head and neck that course along the internal jugular vein.

An additional effect of the drooping of the scapula that occurs during deconditioning is compression of the neurovascular bundles in the superior thoracic aperture by the tendon of the pectoralis minor muscle. The tendon from pectoralis minor crosses from the anterior chest wall beneath the clavicle to attach to the leading edge of the scapula which is the coracoid process. In course it lies immediately superior (cephalad) to the brachial plexus and the axillo-subclavian artery and vein. Weakness of the support muscles of the scapula causes it to drift down and out or laterally thus relaxing the pectoralis minor tendon downward (caudad) onto the neurovascular bundles.

This weakness also creates a more acute, upper rib angle which compromises respiratory effort and reduces air exchange. We also know from precise CT and sonogram studies that with the arms placed forward of the body or up to or above shoulder level, the clavicles rotate posteriorly (inward) to a greater extent than cephalad (upward towards the head) (Demondion et al). This correlation allows us to compare closed MR studies with the information obtained in open MR or sonography.

Keep in mind that this mechanism has now been proved objectively with a unique series of MRI/MRA/MRV studies of the bilateral brachial plexus performed by James Douglas Collins, Professor of Radiological Sciences at UCLA. Progress that has been made in this field is well illustrated by the website: www.tosinfo.com. This site not only demonstrates the applicable anatomy but also the methods of dynamic imaging that clearly document the source of the syndrome experienced by this patient. During the MRI/MRA study the symptoms are correlated with the causative anatomic and physiologic abnormalities.

A comparable MRI/MRA/MRV of the bilateral brachial plexus is now available in San Francisco at Raytel under the direction of Scott Werden, M.D. This neutral and stress position study uses language, views, techniques and procedures that are entirely standard in the Greater Bay Area. Special techniques are applied in order to see the lymphedema that is ordinarily not seen in routine MR studies. When

possible the results are compared to sonography which measures the blood flow in the imaged vessels.

We now have an increasing number of sonographic studies which also demonstrate flow changes that are most commonly seen in the axillary artery and veins, the brachiocephalic or innominate trunk just deep to the head of the first rib and sometime the internal jugular itself. Less commonly, flow abnormalities are seen in the carotid, subclavian or axillary arteries.

In addition to the neurovascular compression caused by periscapular weakness, the pectoralis minor tendon is responsible for causing additional problems in the shoulder and arm. As was first pointed out by Irving Wright M.D. in 1945, and next by Lord and Stone in 1956, and many times since then, both the pectoralis minor tendon as well as the anterior scalene can account for neurovascular compression. This problem is not apparent at rest and only appears as the individual reaches forward or up thereby causing compression by the pectoralis minor tendon. The first large series of cases in which the pectoralis minor tendon was cut resulting in major relief in the patients' shoulder and arm pain was published by Stallworth in 1984. All of these patients presented with pain and tingling paresthesias in one or both arms on reaching forward with or without hand activity. These results were again confirmed by Ambrad-Chalela and Stone in 2004.

**<u>TOS REFERENCES</u>**

Allison, GT, Nagy, BM, Hall, T. A randomized clinical trial of manual therapy for cervico-brachial pain syndrome - a pilot study. Man Ther 2002 May;7:95-102.

Ambrad-Chalela, Thomas, Recurrent neurogenic thoracic outlet syndrome. The American Journal of Surgery, 2004; 187:505-510.

Atasoy E. History of thoracic outlet syndrome. Hand Clin 2004; 20:15-16, v.

Atasoy E. Thoracic outlet syndrome: anatomy. Hand Clin 2004; 20:7-14, v.

Brantigan CO, Roos DB. Etiology of neurogenic thoracic outlet syndrome. Hand Clin 2004; 20:17-22.

Collins JD, Disher AC, Miller TQ. The anatomy of the brachial plexus as displayed by magnetic resonance imaging: technique and application. J Natl Med Assoc 1995; 87:489-498.

Collins JD, Shaver ML, Disher AC, Miller TQ. Compromising abnormalities of the brachial plexus as displayed by magnetic resonance imaging. Clin Anat 1995; 8:1-16.

Crosby CA, Wehbe MA. Conservative treatment for thoracic outlet syndrome. Hand Clin 2004; 20:43-49, vi.

Crotti, FM, Carai, A., Sgaramella, E., Sias, W. Post-traumatic thoracic outlet syndrome(TOS). Acta Neurochir Suppl. 2005; 92:13-15.

Demondion X, Bacqueville E, Paul C, Duquesnoy B, Hachulla E, Cotten A. Thoracic outlet: assessment with MR imaging in asymptomatic and symptomatic populations. Radiology 2003; 227:461-468.

Demondion X, Boutry N, Drizenko A, Paul C, Francke JP, Cotten A. Thoracic outlet: anatomic correlation with MR imaging. AJR Am J Roentgenol 2000; 175:417-422.

Demondion X, Vidal C, Herbinet P, Gautier C, Duquesnoy B, Cotten A. Ultrasonographic Assessment of Arterial Cross-sectional Area in the Thoracic Outlet on Postural Maneuvers Measured With Power Doppler Ultrasonography in Both Asymptomatic and Symptomatic Populations. J Ultrasound Med 2006; 25:217-224.

Edgelow, P.I., Neurovascular consequences of Cumulative Trauma Disorders Affecting the Thoracic Outlet: A Patient Centered Treatment Approach, in Donatelli, R. (Ed.) Physical Therapy of the Shoulder, 2004:4th Ed., Churchill Livingston, New York.

Gilliatt RW, Le Quesne PM, Logue V, Sumner AJ. Wasting of the hand associated with a cervical rib or band. J Neurol Neurosurg Psychiatry 1970; 33:615-624.

Gilliatt RW, Willison RG, Dietz V, Williams IR. Peripheral nerve conduction in patients with a cervical rib and band. Ann Neurol 1978; 4:124-129.

Kabat, Herman M.D. Ph.D., Low Back and Leg Pain, 1980, Warren Green, Inc. 148 pages.

Leffert RD. Thoracic outlet syndromes. Hand Clin 1992; 8:285-297.

Lord, Stone, Pectoralis minor Tenotomy and Anterior Scaleneotomy, etc., Circulation, 1956; 13:537-42.

Mackinnon SE, Dellon AL, Hudson AR, Hunter DA. Chronic nerve compression--an experimental model in the rat. Ann Plast Surg 1984; 13:112-120.

Mackinnon SE, Novak CB. Evaluation of the patient with thoracic outlet syndrome. Semin Thorac Cardiovasc Surg 1996; 8:190-200.

Mackinnon SE, Novak CB. Clinical commentary: pathogenesis of cumulative trauma disorder. J Hand Surg [Am] 1994; 19:873-883.

Mackinnon SE, Patterson GA, Novak CB. Thoracic outlet syndrome: a current overview. Semin Thorac Cardiovasc Surg 1996; 8:176-182.

Roos DB. The place for scalenectomy and first-rib resection in thoracic outlet syndrome. Surgery 1982; 92:1077-1085.

Sanders, RJ, Hammond, SL, Etiology and Pathology (of TOS). Hand Clinics 2004 20:23-26.

Sanders, RJ, Haug, CE. Thoracic Outlet Syndrome; A Common Sequela of neck injuries, Philadelphia, Pa., JB Lippincott; 1991.

Saxton EH, Miller TQ, Collins JD. Migraine complicated by brachial plexopathy as displayed by MRI and MRA: aberrant subclavian artery and cervical ribs. J Natl Med Assoc 1999; 91:333-341.

Stallworth, Diagnosis and Management of Thoracic Outlet Syndrome, Archives of Surgery, 1984; 119:1149-1151.

Trettin, H., Neurologic principles of edema in inactivity. Z. Lymphol. 1992; 16:14-16.

Vecht, CJ. Arm pain in the patient with breast cancer. J.Pain Symptom Manage. 1990, 2:109-117.

VHA/DOD Clinical Practice Guidelines for the Management of Medically Unexplained Symptoms: Chronic Pain and Fatigue. Washington D.C.: Veterans Health Administration, Department of Defense, 2001 July.

Wehbe, Marwan and Schlegel, Jill M. Nerve Gliding Exercises for Thoracic Outlet Syndrome. Hand Clinics 2004, 20:51-55.

Zuther, Joachim E., Lymphedema Management, The Comprehensive Guide for Practitioners, 2005, pp. 1-261.,Thieme, New York.