UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY IANNITELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0975 (GK) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Memorandum in Opposition to Plaintifft's Motion for Payment of Expert Witness Fees, any reply by Plaintiff, and the entire record herein, it is on this ___ day of _____, 2008,

ORDERED that Plaintiff's Motion for Payment of Expert Witness Fees is DENIED.

Date _____             _____
                                     UNITED STATES DISTRICT JUDGE