UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COURT

NANCY IANNITELLI,                :
                                 :
          Plaintiff,             :
                                 :
     v.                          :    Civil Action No. 05-975 (GK)
                                 :
UNITED STATES OF AMERICA,        :
                                 :
          Defendant.             :

## ORDER

Upon consideration of the Defendant's Motion for Independent Medical Examinations, and the entire record in this case, the Court finds that good cause exists for allowing Defendant's expert to perform a physical examination of Plaintiff. Accordingly, it is this 21st day of February, 2008, hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that Plaintiff Nancy Iannitelli has placed her physical condition at issue in this litigation and shall submit to a complete physical and imaging techniques of her body as deemed appropriate by Defendant's designated examining physician. No counsel shall be present at the examination, and it is further

**ORDERED**, that Plaintiff Nancy Iannitelli expeditiously should contact the offices of Defendant's listed expert, and arrange an examination to be conducted at the first available mutually convenient date and time not later than **March 31, 2008**. The examination by Dr. Richard Katz will be conducted at the following location: 5401 Old York Road, Suite 405, Philadelphia, PA 19141 (215) 324-3300.

**SO ORDERED**.

    /s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**