UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NANCY IANNITELLI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-975 (GK) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of Plaintiff's Motion for Order to Pay Expert Witness Fees, the opposition thereto, and the reply, it is this 1st day of May, 2008, hereby

**ORDERED**, that Defendant is to pay one-half of the expert witness fees of the time it actually took to depose the two expert witnesses referred to in the Motion.[1]

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1] This Motion was an absolute waste of the Court's time. The parties should have been able to resolve the issue themselves. Moreover, the proposed Order by Plaintiff makes no sense, since it refers to a finding "that good cause exists for allowing Defendant's expert to perform the physical examination of Plaintiff" rather than the issue actually presented in this Motion, which pertains to the payment of expert witness fees.