IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, | ) | |
| 107 LELY COURT | ) | NO.05-975 GK |
| NAPLES, FL 34113 | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| Vs | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| DEPARTMENT OF THE INTERIOR | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**CONSENT MOTION TO REFER CASE TO MAGISTRATE
FOR SETTLEMENT AND MEDIATION**

Plaintiff Nancy Ianitelli, and defendant United States of America, respectfully moves this court for referral to a magistrate for the purpose of pursuing settlement and mediation.

The parties believe that the matter is at a point where settlement discussion may prove fruitful, and are desirous of holding meaningful settlement discussions under the auspices of a magistrate, while allowing the magistrate the option of referring the case for mediation, should the magistrate believe that such further referral is advisable.  Nonetheless, the parties are hopeful, and believe, that the matter may be settled by the magistrate without the necessity of further referral.

Therefore, it is requested that the court make such referral.

Respectfully Submitted.

/s/Michael Padway_____
MICHAEL PADWAY
DC Bar Number 479931
California Bar Number 59824
Michael Padway & Associates
595 Market St. Ste. 2520
San Francisco, CA 94105
Telephone:  415-777-1511
Attorneys for Plaintiff Nancy Iannitelli

*Copies through ECF to Counsel of Record*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY IANNITELLI, | ) | |
| 107 LELY COURT | ) | NO.05-975 GK |
| NAPLES, FL 34113 | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| Vs | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| DEPARTMENT OF THE INTERIOR | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

ORDER

The court having read and considered the consent motion for referral to a magistrate;

IT IS HEREBY ORDERED that the matter is hereby referred for settlement discussions and/or mediation.

_____        _____
Date                                                                United States District Judge

*Copies through ECF to Counsel of Record*