REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:2671 Federal Tort Claims Act | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 05-975 | DATE REFERRED:<br>July 23, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>Gladys Kessler | MAG. JUDGE |
| PLAINTIFF(S):<br>Nancy Iannitelli | | DEFENDANT(S):<br>United States of America Department of the Interior | | |
| ENTRIES: | | | | |